

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC **FILED**
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

R

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | United States of America ex rel. JERRI ROBBIN LINDSEY | **Defendant(s):** | CAROLYN FRANCESO, etc. |
| **County of Residence:** | LOGAN | **County of Residence:** | |
| **Plaintiff's Address:** | Jerri Robbin Lindsey<br>B-49150<br>Lincoln - LCC<br>P.O. Box 549<br>Lincoln, IL 62656 | **Defendant's Attorney:** | |

07CV6658
JUDGE SHADUR
MAGISTRATE JUDGE KEYS

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke   **Date:** 11/27/07

Shadur   06 C 3213
Keys