November 13, 2007

**FILED**

NOV 2 6 2007  mB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Milton I. Shadur
Senior United States District Judge
United States District Court
Northern District of Illinois
Eastern Division
219 South Dearborn Street
Chicago, IL. 60604

Re7: Case No. 92 CR 25135

Dismissed Fed. Hab. Case No. 06C 3213

Dear Judge Shadur:

I'm responding to your November 7, 2007 Memorandum Order in reference to resubmitting my Federal Habeas Corpus Petition. First I would like to thank you for notifying me immediately on the loss of my petition. I am very distraught at this matter, for I have followed every proper protocol and I can't believe that my petition is out there in limbo. I actually don't have the funding for this, but this is my life. Timeliness and Untimeliness should not be an issue considering this mishap is not my fault. Enclosed are: (1) Fed. Hab. Petition, (2) 11/7/07 Memorandum Order (Exhibit 1), 10/23/07 letter (Exhibit 2), 1/6/07 letter (Exhibit 3), and 6/13/06 Memorandum Opinion And Order (Exhibit 4).

By sending this via Certified Mail I'm trusting you will receive this and review it with the utmost urgency.

07CV6658
JUDGE SHADUR
MAGISTRATE JUDGE KEYS

(1)

Judge Milton I. Shadur

11/13/2007

Obviously the State did not take heed to me fighting for my innocence. This court is my last and final hope. I'm already fifteen years into this fight and all I need is for one person to listen to me, one person to give me a chance to prove my innocence.

Sincerely,

Jerri Robbin Lindsey

Jerri Robbin Lindsey B49150
Lincoln Correctional Center
P.O. Box 549
Lincoln, IL. 62656

(2)