UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jerri Robbin Lindsey
         Plaintiff,

v.                   Case No.: 1:07−cv−06658
                   Honorable Milton I. Shadur

Carolyn Trancoso
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2007:

   MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. It appears that the most appropriate course of action is to require the responent Warden to answer the Petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. That answer must be filed on or before January 11, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.