IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JERRI ROBBIN LINDSEY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 07 C 6658 |
| CAROLYN TRANCOSO, Warden, Lincoln Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

Respondent CAROLYN TRANCOSO respectfully requests a 30-day extension of time within which to answer or otherwise plead to the petition for writ of habeas corpus filed in the above-captioned cause, from January 11, 2008, to and including February 10, 2008. An affidavit in support of the motion is attached.

January 9, 2008

LISA MADIGAN
Attorney General of Illinois

By:   s/Eric M. Levin
ERIC M. LEVIN, Bar # 6284971
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8812
FAX: (312) 814-2253
E-MAIL: elevin@atg.state.il.us

State of Illinois       )
                        ) S.S.
County of Cook          )

### AFFIDAVIT

ERIC M. LEVIN, being first duly sworn upon oath, deposes and states as follows:

1. I am an Assistant Attorney General in the Criminal Appeals Division of the Office of the Illinois Attorney General and have been assigned to represent respondent in this habeas corpus case.

2. On November 29, 2007, this Court ordered respondent to file an answer to the habeas petition on or before January 11, 2008.

3. Despite due diligence, I will not be able to file respondent's response by January 11, 2008.

4. I was out of the office on a pre-scheduled vacation from December 21, 2007, until January 2, 2008.

5. Moreover, in addition to reviewing the state-court record and preparing a response to the petition in this case, I have also been working on the following matters in recent weeks:

- *United States ex rel. Booker v. Hulick*, No. 07-3117 (C.D. Ill.) (answer to petition for writ of habeas corpus filed Dec. 6, 2007).

- *Collins v. Chandler*, No. 84 C 7889 (Cook Cty Cir. Ct.) (reply to response to motion to dismiss filed Dec. 11, 2007).

- *United States ex rel. Kizer v. Hulick*, No. 02 C 3400 (N.D. Ill.) (witness deposition conducted December 17, 2007).

-1-

- *People v. Rowell*, No. 104279 (Ill. Sup. Ct.) (preparation for oral argument scheduled for January 15, 2008).

- *Crockett v. Hulick*, No. 06-4066 (7th Cir.) (appellee's brief due January 16, 2008).

6. This is respondent's first motion for an extension of time in this matter. This motion is not for the purpose of delay but solely to ensure that respondent's interests are adequately addressed.

7. Petitioner is incarcerated at the Lincoln Correctional Center in Lincoln, Illinois, and is not represented by counsel in these proceedings. Respondent has not sought petitioner's agreement to this motion.

8. Respondent respectfully requests that this Court grant respondent a 30-day extension of time, from January 11, 2008, to and including February 10, 2008, to answer or otherwise plead to the petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

s/Eric M. Levin
Eric M. Levin

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 9, 2008, I electronically filed respondent's **Motion for Extension of Time** in the above-captioned case with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and I hereby certify that on January 9, 2008, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

  Jerri Lindsey, B49150
  Lincoln Correctional Center
  1098 1350th Street
  P.O. Box 549
  Lincoln, IL  62656

            LISA MADIGAN
            Attorney General of Illinois

      By:  s/Eric M. Levin
            ERIC M. LEVIN, Bar # 6284971
            Assistant Attorney General
            100 West Randolph Street, 12th Floor
            Chicago, Illinois 60601
            TELEPHONE: (312) 814-8812
            FAX: (312) 814-2253
            E-MAIL: elevin@atg.state.il.us