IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JERRI ROBBIN LINDSEY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 07 C 6658 |
| CAROLYN TRANCOSO, Warden, Lincoln Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Jerri Lindsey, B49150
      Lincoln Correctional Center
      1098 1350th Street
      P.O. Box 549
      Lincoln, IL  62656

   PLEASE TAKE NOTICE that on Monday, January 14, 2008, at 9:15 a.m., or as soon thereafter as possible, I shall appear before the Honorable Milton I. Shadur, Room 2303, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion for Extension of Time** within which to answer or otherwise plead, a copy of which is attached hereto.

|  |  |
|---|---|
| January 9, 2008 | LISA MADIGAN<br>Attorney General of Illinois |
| | By: s/Eric M. Levin<br>ERIC M. LEVIN, Bar # 6284971<br>Assistant Attorney General<br>100 West Randolph Street, 12th Floor<br>Chicago, Illinois 60601<br>TELEPHONE: (312) 814-8812<br>FAX: (312) 814-2253<br>E-MAIL: elevin@atg.state.il.us |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2008, I electronically filed respondent's **Notice of Motion** in the above-captioned case with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and I hereby certify that on January 9, 2008, I mailed by United States Postal Service the above-referenced notice to the following non-registered party:

    Jerri Lindsey, B49150
    Lincoln Correctional Center
    1098 1350th Street
    P.O. Box 549
    Lincoln, IL  62656


                                    LISA MADIGAN
                                    Attorney General of Illinois


                    By:    s/Eric M. Levin
                            ERIC M. LEVIN, Bar # 6284971
                            Assistant Attorney General
                            100 West Randolph Street, 12th Floor
                            Chicago, Illinois 60601
                            TELEPHONE: (312) 814-8812
                            FAX: (312) 814-2253
                            E-MAIL: elevin@atg.state.il.us