**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jerri Robbin Lindsey
        Plaintiff,

v.                 Case No.: 1:07−cv−06658
                Honorable Milton I. Shadur

Carolyn Trancoso
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

  MINUTE entry before Judge Milton I. Shadur :Defendant's Motion for extension of time to answer [8] is granted; Motion hearing held on 1/14/2008 regarding motion for extension of time to file answer[8] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.