IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JERRI ROBBIN LINDSEY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 07 C 6658 |
| CAROLYN TRANCOSO, Warden, Lincoln Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME**

Respondent CAROLYN TRANCOSO respectfully requests a 15-day extension of time within which to answer the petition for writ of habeas corpus filed in the above-captioned cause, from February 10, 2008, to and including February 25, 2008. An affidavit in support of the motion is attached.

February 6, 2008

LISA MADIGAN
Attorney General of Illinois

By:   s/Eric M. Levin
ERIC M. LEVIN, Bar # 6284971
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8812
FAX: (312) 814-2253
E-MAIL: elevin@atg.state.il.us

State of Illinois )
) S.S.
County of Cook )

## AFFIDAVIT

ERIC M. LEVIN, being first duly sworn upon oath, deposes and states as follows:

1. I am an Assistant Attorney General in the Criminal Appeals Division of the Office of the Illinois Attorney General and have been assigned to represent respondent in this habeas corpus case.

2. On November 29, 2007, this Court ordered respondent to file an answer to the habeas petition on or before January 11, 2008. This Court's order also directed respondent to address the issue of whether the petition was timely. On January 9, 2008, respondent filed a motion for a 30-day extension of time to file his answer, to and including February 10, 2008. This Court granted that motion on February 14, 2008.

3. Despite due diligence, I will not be able to file respondent's answer by February 10, 2008. Per this Court's instructions, respondent's answer will address the issue of the petition's timeliness, and then, having concluded that the petition is timely, respondent's answer will address the merits of, and procedural defaults related to, petitioner's claims.

4. In addition to reviewing the state-court record and preparing a response to the petition in this case, I have also been working on the following matters in recent weeks:

-1-

- *United States ex rel. Kizer v. Hulick*, No. 02 C 3400 (N.D. Ill.) (witness deposition conducted January 31, 2008).

- *United States ex rel. Strong v. Hulick*, No. 07 C 435 (N.D. Ill.) (motion for reconsideration of an order entered January 22, 2008).

- *United States ex rel. Crockett v. Jones*, No. 07-705-DRH-CJP (S.D. Ill.) (motion to dismiss due February 7, 2008).

In addition, I was out of the office on February 5, 2008, for election monitoring duty required of all Assistant Attorneys General. And I will be out of the office the morning of February 8, 2008, for a hearing on defendant's motion to dismiss in *Collins v. Chandler*, No. 84 C 7889 (Cook Cty. Cir. Ct.).

5. This is respondent's second motion for an extension of time in this matter. This motion is not for the purpose of delay but solely to ensure that respondent's interests are adequately addressed.

6. Petitioner is incarcerated at the Lincoln Correctional Center in Lincoln, Illinois, and is not represented by counsel in these proceedings. Respondent has not sought petitioner's agreement to this motion.

7. Respondent respectfully requests that this Court grant respondent a 15-day extension of time, from February 10, 2008, to and including February 25, 2008, to answer the petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

s/Eric M. Levin
Eric M. Levin

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2008, I electronically filed respondent's **Motion for Extension of Time** in the above-captioned case with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and I hereby certify that on February 6, 2008, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

  Jerri Lindsey, B49150
  Lincoln Correctional Center
  1098 1350th Street
  P.O. Box 549
  Lincoln, IL  62656

            LISA MADIGAN
            Attorney General of Illinois


      By: s/Eric M. Levin
          ERIC M. LEVIN, Bar # 6284971
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601
          TELEPHONE: (312) 814-8812
          FAX: (312) 814-2253
          E-MAIL: elevin@atg.state.il.us