IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JERRI ROBBIN LINDSEY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 07 C 6658 |
| CAROLYN TRANCOSO, Warden, Lincoln Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:  Jerri Lindsey, B49150
     Lincoln Correctional Center
     1098 1350th Street
     P.O. Box 549
     Lincoln, IL  62656

   PLEASE TAKE NOTICE that on Monday, February 11, 2008, at 9:15 a.m., or as soon thereafter as possible, I shall appear before the Honorable Milton I. Shadur, Room 2303, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion for Extension of Time**, a copy of which is attached hereto.

February 6, 2008                              LISA MADIGAN
                                              Attorney General of Illinois

                                        By:   s/Eric M. Levin                         _
                                              ERIC M. LEVIN, Bar # 6284971
                                              Assistant Attorney General
                                              100 West Randolph Street, 12th Floor
                                              Chicago, Illinois 60601
                                              TELEPHONE: (312) 814-8812
                                              FAX: (312) 814-2253
                                              E-MAIL: elevin@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2008, I electronically filed respondent's **Notice of Motion** in the above-captioned case with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and I hereby certify that on February 6, 2008, I mailed by United States Postal Service the above-referenced notice to the following non-registered party:

    Jerri Lindsey, B49150
    Lincoln Correctional Center
    1098 1350th Street
    P.O. Box 549
    Lincoln, IL  62656

                                        LISA MADIGAN
                                      Attorney General of Illinois

                    By:    s/Eric M. Levin
                           ERIC M. LEVIN, Bar # 6284971
                           Assistant Attorney General
                           100 West Randolph Street, 12th Floor
                           Chicago, Illinois 60601
                           TELEPHONE: (312) 814-8812
                           FAX: (312) 814-2253
                           E-MAIL: elevin@atg.state.il.us