IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JERRI ROBBIN LINDSEY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 07 C 6658 |
| CAROLYN TRANCOSO, Warden, Lincoln Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

Respondent CAROLYN TRANCOSO respectfully requests a one-week extension of time within which to answer the petition for writ of habeas corpus filed in the above-captioned cause, from February 25, 2008, to and including March 3, 2008. An affidavit in support of the motion is attached.

February 22, 2008

LISA MADIGAN
Attorney General of Illinois

By:   s/Eric M. Levin by Anne S. Bagby
ERIC M. LEVIN, Bar # 6284971
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8812
FAX: (312) 814-2253
E-MAIL: elevin@atg.state.il.us

State of Illinois    )
                        ) S.S.
County of Cook   )

## AFFIDAVIT

ANNE S. BAGBY, being first duly sworn upon oath, deposes and states as follows:

1. I am an Assistant Attorney General in the Criminal Appeals Division of the Office of the Illinois Attorney General and I am filing this motion on behalf of my co-worker Eric Levin who is the attorney assigned to this case.

2. Eric Levin is sick with bronchitis and has been out of the office since Wednesday, February 20, 2008. Although Eric planned on filing his Answer on Monday, February 25, 2008, he will not be able to meet his deadline due to his illness. He anticipates filing his Answer as soon as possible upon his return to the office.

3. Petitioner is incarcerated at the Lincoln Correctional Center in Lincoln, Illinois, and is not represented by counsel in these proceedings. Respondent has not sought petitioner's agreement to this motion.

4. This is respondent's third motion for an extension of time in this matter. This motion is not for the purpose of delay but solely to ensure that respondent's interests are adequately addressed.

5. Respondent respectfully requests that this Court grant respondent a one-week extension of time, from February 25, 2008, to and including March 3, 2008, to answer the petition for writ of habeas corpus.

-1-

        FURTHER AFFIANT SAYETH NOT.

          <u>  s/Anne S. Bagby  </u>
            ANNE S. BAGBY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2008, I electronically filed respondent's **Motion for Extension of Time** in the above-captioned case with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system and that I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

   Jerri Lindsey, B49150
   Lincoln Correctional Center
   1098 1350th Street
   P.O. Box 549
   Lincoln, IL  62656


                                      LISA MADIGAN
                                      Attorney General of Illinois

                    By:   <u>s/Eric M. Levin by Anne S. Bagby</u>
                              ERIC M. LEVIN, Bar # 6284971
                              Assistant Attorney General
                              100 West Randolph Street, 12th Floor
                              Chicago, Illinois 60601
                              TELEPHONE: (312) 814-8812
                              FAX: (312) 814-2253
                              E-MAIL: elevin@atg.state.il.us