IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JERRI ROBBIN LINDSEY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 07 C 6658 |
| CAROLYN TRANCOSO, Warden, Lincoln Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Jerri Lindsey, B49150
      Lincoln Correctional Center
      1098 1350th Street
      P.O. Box 549
      Lincoln, IL  62656

PLEASE TAKE NOTICE that on Friday, February 29, 2008, at 8:45 a.m., or as soon thereafter as possible, I shall appear before the Honorable Milton I. Shadur, Room 2303, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion for Extension of Time**, a copy of which is attached hereto, and I will also set-up a telephonic link with the inmate through the Department of Corrections so that the inmate can participate in the hearing.

February 22, 2008                           LISA MADIGAN
                                            Attorney General of Illinois

                                    By:     s/Eric M. Levin by Anne S. Bagby
                                            ERIC M. LEVIN, Bar # 6284971
                                            Assistant Attorney General
                                            100 West Randolph Street, 12th Floor
                                            Chicago, Illinois 60601
                                            TELEPHONE: (312) 814-8812
                                            FAX: (312) 814-2253
                                            E-MAIL: elevin@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2008, I electronically filed respondent's **Notice of Motion** in the above-captioned case with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system and I mailed by United States Postal Service the above-referenced notice to the following non-registered party:

    Jerri Lindsey, B49150
    Lincoln Correctional Center
    1098 1350th Street
    P.O. Box 549
    Lincoln, IL  62656


                                                        LISA MADIGAN
                                                        Attorney General of Illinois


By:    <u>s/Eric M. Levin by Anne S. Bagby</u>
        ERIC M. LEVIN, Bar # 6284971
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        TELEPHONE: (312) 814-8812
        FAX: (312) 814-2253
        E-MAIL: elevin@atg.state.il.us