File Date: _feb 29, 2008_

Case No: _07cv6658_

ATTACHMENT # _3_

EXHIBIT _T101 to V50_

TAB (DESCRIPTION) _____

1        MR. SOROSKY:  Right, right, that's right and

2    I stopped at that line of questioning and then

3    went to the receipts and we`ll go back to this

4    line of questioning.

5        THE COURT:  It doesn't jive with the time

6    she said, the witness said they were at Venture.

7        MR. SOROSKY:  I understand, but we haven't

8    finished, we haven't finished.

9        THE COURT:  Well you'll have to connect it

10   up.

11       MR. SOROSKY:  I will.

12       THE COURT:  I'll overrule and give you an

13   opportunity to connect it up.

14       MR. SOROSKY:  Thank you.

15       Q  Now I show you Defendant's Exhibit 3 for

16   identification, was this a --

17       THE COURT:  By the way, I've stricken that

18   information relative to the time indicated on the

19   exhibit because if the exhibit comes into evidence

20   it will speak for itself, if the exhibit does not

21   come into evidence it shouldn't speak at all.

22       MR. SOROSKY:  Very well.

23       Q  I ask you to look at Defendant's Exhibit

24   3 for identification and is this -- does this

1    exhibit depict a receipt of items you purchased

2    that day?

3            A   Yes, it is.

4            Q   And was the defendant, Jeri Lindsey with

5    you when you bought those items?

6            A   Yes.

7            MR. FORD:  Objection.

8            THE COURT:  Overruled.

9            A   Yes, she was.

10           MR. SOROSKY:

11           Q   And do you know where these items were

12   purchased or from what store?

13           A   This is from Walgreens.

14           Q   And I ask you to look at Defendant's

15   Exhibit 4 for identification.  Does that depict

16   items you purchased on October 9, 1992?

17           A   Yes, it is.

18           MR. FORD:  Objection.

19           THE COURT:  Overruled.

20           MR. SOROSKY:

21           Q   And can you tell his Honor, Judge Singer,

22   from what store you purchased those items?

23           A   Walgreens.

24           THE COURT:  I can't hear you?

1        A   Walgreens.

2        THE COURT:   That's 4. That is Walgreens?

3        A   Yes.

4        MR. SOROSKY:

5        Q   And was the defendant, Jeri Lindsey with

6    you when you purchased those items?

7        A   Yes, she was.

8        Q   Now, could you tell his Honor, Judge

9    Singer, where the Walgreens and Venture stores

10   were located at where you made these purchases?

11       A   River Oaks.

12       THE COURT:   Where?

13       A   River Oaks.

14       MR. SOROSKY:

15       Q   Would that be in Calumet City?

16       A   Calumet City.

17       MR. SOROSKY:   Cook County, Illinois?

18       A   Yes.

19       MR. FORD: Objection, Judge.

20       THE COURT:   Overruled.

21       MR. SOROSKY:

22       Q   Now, let's go over the day's events.

23   You've already testified that you went to the

24   River Oaks shopping center with Jeri Lindsey, is

1    that correct?

2         A   Yes.

3         Q   Did anyone else go with you that morning

4    to that shopping center?

5         A   No.

6         Q   Who drove?

7         A   I did.

8         Q   In whose car?

9         A   My car.

10        Q   And you said, you named the River Oaks,

11   remained at River Oaks shopping center for about

12   an hour?

13        A   At Ventures.

14        Q   At Ventures for about an hour?

15        A   Yes.

16        Q   What did you do then?

17        A   Then we went to a restaurant called

18   Shakeys down the street.

19        Q   And what did you do there?

20        A   We ate.

21        Q   And do you know approximately how long

22   you may have stayed there?

23        A   I'd say maybe between 45 minutes to a

24   hour.

1       Q   What did you do next?

2       A   We went across the street to Walgreens

3   and we did a little bit more shopping.

4       Q   And what did you do after Walgreens?

5       A   After Walgreens we went home, I went by

6   my house, we unpacked a little bit of stuff and

7   then we went by my brother, Robert's house.

8       Q   Now, approximately what time would you

9   say you returned home?

10      A   1 o'clock.

11      THE COURT:  Is that AM or PM?

12      A   PM.

13      MR. FORD:  Object to all this, Judge.

14      THE COURT:  Well, I'll take it under

15   advisement -- overruled, go ahead.

16      MR. SOROSKY:

17      Q   And after you arrived at Robert's house,

18   what occurred?

19      A   We were talking about the Haloween stuff

20   they had.

21      MR. FORD:  Objection.

22      THE COURT:  Sustained.

23      MR. SOROSKY:

24      Q   When you say we, who was present at

1    Robert's house?
2            A   Me and Jeri Lindsey.
3            Q   And where does your brother, Robert live?
4            A   4 houses down from where I live.
5            Q   Was anyone else present at that time
6    other than Robert?
7            A   His fiance', Dorothy Ramirez.
8            Q   And were any plans made at this time?
9            A   Yes, we had planned on going back to
10   Walgreens to go look at the Haloweek things they
11   had at the store.
12           Q   By Walgreens you're referring to the
13   River Oaks shopping center Walgreens?
14           A   Yes, River Oaks.
15           Q   And did you and Jeri Lindsey that
16   afternoon return to the River Oaks shopping
17   center?
18           A   Yes, we did.
19           Q   Could you explain to his Honor, Judge
20   Singer the circumstances under which you and Jeri
21   Lindsey returned to the shopping center?
22           A   Well my brother wanted to buy some stuff,
23   so we had waited for him to pick up his kids from
24   school.  They get out of school at 2:30.  So we

1    waited at my house and it was me, Jeri Lindsey,

2    and my mother because she was going to be shopping

3    with us.

4        Q   Where does your mother live?

5        A   My mother lives 4 houses down.

6        Q   And where does your mother live in

7    relation to your brother, Robert Quiroz?

8        A   My mother lives in the front house of

9    8911 Houston and my brother lives in the rear

10   house of 8911 Houston.

11       Q   So your mother and brother live at the

12   same address just that your mother lives in the

13   front house and your brother lives in the rear

14   house, is that correct?

15       A   Yes.

16       Q   So it is, those are 2 separate buildings?

17       A   Yes.

18       Q   And would you know approximately what

19   time you, your family members and Jeri Lindsey

20   left for the River Oaks shopping center?

21       A   At 2:40.

22       Q   And did you go in 2 cars or one car?

23       A   2 cars.

24       Q   And who was in one car and who was in the

1    other car?

2         A   In my car it was me, Jeri Lindsey, and my

3    mother.  In the other car it was my brother,

4    Robert, his fiance' Dorothy and their 3 kids.

5         Q   And how old are their kids?

6         A   At the time?

7         Q   Right?

8         A   6 years old, 5 and 3.

9         Q   And did both cars drive to the River Oaks

10   shopping center?

11        A   Yes.

12        Q   And what happened after you arrived at

13   the River Oaks shopping center?

14        A   We had went inside Walgreens and we were

15   looking around.

16        Q   When you say we, who are you referring

17   to?

18        A   Me, Jeri Lindsey, my mother, Robert,

19   Dorothy and the kids.

20        Q   Did your group ever break up or did your

21   group stay together the entire time --?

22        A   No.

23        Q   You were at the shopping center?

24        A   We stood together.

1          Q   Now, previously, you have identified

2     Defendant's Exhibits 2, 3 and 4 for

3     identification.   Did you not?

4          A   Yes, I did.

5          Q   Did you make the purchases that are

6     depicted in these receipts at this visit to the

7     River Oaks shopping center?

8          A   Yes.

9          Q   And was Jeri Lindsey with you at the time

10    all these purchases were made?

11         A   Yes.

12         Q   And who paid for these items?

13    MR. FORD:   Objection.

14    MR. SOROSKY:   Your Honor, may I approach?

15    THE COURT:   Yes.

16    MR. SOROSKY:

17         Q   Just so it's clear, did you pay for these

18    items?

19         A   We go half, every time we bought

20    something, we went half.

21         Q   Now, what time did you leave the River

22    Oaks shopping center?

23         A   We left around 4:30 that evening.

24         Q   And did everyone leave at the same time?

1           A   No.   My brother and my -- my brother

2    Robert and Dorothy, they had went elsewhere.   Me,

3    Jeri Lindsey and my mother had went home.

4           Q   But did you leave at the same time?

5           A   Yes.

6           Q   Who did your mother go with?

7           A   With me.

8           Q   Now, your home and your mother's home

9    were only 4 houses apart, correct?

10          A   Yes.

11          Q   And the defendant was living with you at

12   that time, is that correct?

13          A   Yes, she was.

14          Q   So, when you say you went home, you, your

15   mother and Jeri Lindsey were basically going to

16   the same block in the City of Chicago, were you

17   not?

18          A   Yes.

19          Q   And approximately what time would you say

20   you, your mother and Jeri Lindsey arrived home on

21   October 9, 1992?

22          A   I'd say around 15 or 10 minutes to 5:00.

23          THE COURT:   That's PM?

24          A   PM.

T 110

1          MR. SOROSKY:

2          Q   Did you go to your house or to your

3     mother's house once you arrived on your block?

4          A   Me and Jeri Lindsey went to my house and

5     my mother went to her house.

6          Q   At that time, did you have occasion to

7     see a woman by the name of Olga?

8          A   Yes, I did.

9          Q   What is Olga's last name?

10         A   Martinez.

11         Q   Is she a relative?

12         A   No, she's not.

13         Q   And where did you see Olga Martinez?

14         A   In front of my house.

15         Q   This was outside?

16         A   Yes.

17         Q   And if you know, tell his Honor, Judge

18    Singer, what was Olga doing there?

19         A   She was waiting for me to come home

20    because she wanted to use my oven to bake some

21    biscuits because the oven upstairs does not work

22    so they use my oven. They were cooking dinner.

23         Q   And where did Olga go, if you know?

24         A   Pardon me?

1          Q   Did Olga go in your mother's house or

2    your house?

3          A   She went upstairs to go get the biscuits

4    and then she came downstairs through the back

5    hallway and she put the biscuits in the oven.

6          Q   And in whose apartment did she do

7    this?

8          A   In my apartment.

9          Q   And would you tell his Honor, Judge

10   Singer, what occurred later after this?

11         A   We had, me and Jeri Lindsey had bought

12   some Haloween stickers so we had put them, was

13   putting them up on the window.

14         Q   So, at this time in your apartment, with

15   you, Olga, --

16         A   No, Olga had went back upstairs, all she

17   did was put the biscuits in the oven and went back

18   upstairs.

19         Q   So at this time in your apartment were

20   you and Jeri Lindsey, is that correct?

21         A   Yes.

22         Q   And did you go to work that night?

23         A   Yes, I did.

24         Q   And at about what time did you leave for

1    work?

2         A    I leave at 11 PM.

3         Q    And did you and Jeri Lindsey remain home?

4         A    Yes.

5         Q    Until you left for work?

6         A    Yes, we did.

7         Q    What time did you return from work the

8    next day?

9         A    8 o'clock in the morning.

10         Q    Was Jeri Lindsey there?

11         A    No, she wasn't.

12         Q    Did you go to work Saturday night?

13         A    No, I didn't.

14         Q    When was the next time you heard from

15    Jeri Lindsey?

16         A    I heard from her Sunday night 9 o'clock

17    PM.

18         Q    How did you hear from her?

19         A    She had called me at home.

20         Q    And did you recognize her voice on the

21    telephone?

22         A    Yes, I did.

23         Q    And what did she tell you?

24         MR. FORD:  Objection.

1              THE COURT:  Sustained.

2         MR. SOROSKY:

3         Q   Did you go anywhere after you spoke to

4    her?

5         A   Yes.  I had went to South Chicago

6    Hospital to meet her at the hospital.

7         Q   And was Jeri Lindsey at that time at

8    least a patient in the emergency room of the

9    hospital?

10        A   Yes, she was.

11        Q   And do you know the reason why Jeri

12   Lindsey maintained she needed emergency

13   assistance?

14        MR. FORD:  Objection.

15        THE COURT:  Sustained.

16        MR. SOROSKY:

17        Q   Were you told the reason why Jeri Lindsey

18   needed emergency room assistance?

19        A   Yes.

20        MR. FORD:  Objection.

21        THE COURT:  Sustained.

22        MR. FORD:  I ask the answer be stricken.

23        THE COURT:  The answer will be stricken.

24        MR. SOROSKY:

1          Q   Did Jeri Lindsey come home with you after

2     her treatment at the emergency room?

3          A   Yes, she did.

4          Q   And approximately what time did you leave

5     the emergency room approximately?

6          A   I'd say maybe around 11:30 or midnight.

7          Q   That would have been on Sunday night?

8          A   Right.

9          Q   Or after midnight would be early Monday

10    morning?

11         A   Yes.

12         Q   And by Sunday you mean October 11, 1992?

13         A   Yes.

14         Q   Was Jeri Lindsey pretty heavy set at that

15    time?

16         A   Yes.  Yes, she was.

17         MR. FORD:  Objection to that question,

18    Judge.

19         THE COURT:  Sustained.

20         MR. SOROSKY:

21         Q   Do you know how much Jeri Lindsey weighed

22    at that time?

23         A   Around 2 hundred 10 pounds.

24         MR. FORD:  I would ask the answer be

1    stricken, Judge.

2          THE COURT:  Overruled.

3          MR. SOROSKY:

4          Q   And -- nothing further of Miss Quiroz?

5          THE COURT:  All right, we'll recess 5

6    minutes until cross examination.  You can step

7    down and walk around, do not discuss your

8    testimony with anyone.

9          A   Thank you.

10          THE COURT:  Counsels would you come forward

11    a moment, please.

12          How many more witnesses do you have?

13          MR. SOROSKY:  The folks who were with her on

14    the trip but the folks who were with her were only

15    there for the afternoon version of the trip.

16          THE COURT:  All right.  Are you going to

17    have rebuttal or not.

18          MR. FORD:  Judge, we're in the process of

19    going through a large amount of records, for sure

20    we'll have at least one witness, I can foresee

21    that witness and probably we might have, I'll talk

22    to Mr. Sorosky, maybe have some stipulations.

23          THE COURT:  Are they here tonight or not?

24          MR. FORD:  One of them is.

```
1              THE COURT:  But the others aren't.

2              MR. FORD:  Well the one that is here is Miss

3        Nelson.

4              MR. SOROSKY:  The State's Attorney.

5              MR. FORD:  Yes.

6              MR. SOROSKY:  I'll stipulate to what she

7        would say.

8              THE COURT:  Well my only question is I'm

9        willing to go on into the night but I'm not going

10       to go on into the night if we can't finish

11       tonight.

12             THE COURT:  No reason.

13             MR. FORD:  My cross examination of Miss

14       Quiroz is going to at least to 5:30 or 6:00

15       o'clock and Miss Nelson I know has infants at

16       home, I haven't made arrangements with her.

17             THE COURT:  Then I'm going to have to put it

18       over until Monday, to January 30th after your

19       cross examination here.

20             MR. FORD:  That would be fine, Judge.

21             MR. SOROSKY:  Very well.

22             THE COURT:  Okay.  Just a couple more

23       minutes recess.

24             MR. SOROSKY:  There is one man here who he
```

T 117

1   works, and he took off work, he would be quite

2   brief, could he testify today.

3       THE COURT:  Well I'll see what time we

4   finish the cross.

5       MR. SOROSKY:  Okay.

6                       (Recess taken.)

7       THE COURT:  Court is back in session.  Miss

8   Quiroz, please come forward and take the witness

9   stand.  People versus Jeri Lindsey.

10      Okay.

11      MR. FORD:  May I inquire your Honor.

12      THE COURT:  The record should reflect the

13  defendant, Jeri Lindsey is present in her own

14  person through counsel, state is present through

15  its counsel.

16                  Miss Quiroz, you're the same witness

17  testifying before the recess, is that correct?

18      A  Yes.

19      THE COURT:  You understand you're still

20  under oath?

21      A  Yes.

22      THE COURT:  Proceed Counsellor.

23

24

1                    CROSS EXAMINATION

2                         BY

3                    MR. FORD:

4        Q   Miss Quiroz, you seem to recall what you

5    did on October 9 with a lot of detail, don't you?

6        A   Yes.

7        Q   You remember the name of every store you

8    visited?

9        A   Yes.

10        Q   How many times have you talked about this

11    date, the date of October 9, 1992 with your family

12    since that date happened?

13        A   How many times?

14        Q   Yes?

15        A   I don't know.   Maybe around 8 or 9

16    times.

17        Q   You talked with your family.  I'm now

18    talking about your brother Robert and mother

19    Amelia, did you talk to them today about it?

20        A   When we were outside, yes.

21        Q   You were talking about recollecting the

22    date as a group outside right before you came in

23    to testify, is that right?

24        A   Yes.

1    Q   How about Miss Olga Martinez, your

2    neighbor, you never mentioned the date to her

3    until within the last couple of months, is that

4    right?

5    A   I think so.

6    Q   Well it's true, isn't it that you and

7    Olga Martinez never discussed the date in October

8    of 1992 until just within the last couple of

9    months?

10    A   No, we had talked about it before.

11    Q   When did you talk about it before with

12    Miss Martinez?

13    A   I'm not sure.

14    Q   Was it on the day of the incident?  Was

15    it on the day that they took Miss Lindsey away?

16    A   I'm not sure, I don't think so.

17    Q   Wasn't then.  And it wasn't until a year

18    or 2 years later that you and Olga Martinez talked

19    about the fact that you had bumped into Olga on

20    this date that you said you bumped into her?

21    A   No, uh-uh, we had talked about it before

22    then.

23    Q   Do you remember who was present when you

24    talked about it before then?

```
1            A    Well she's the one that had told me.
2            Q    When did this first conversation, when
3     did you first realize that you had bumped into
4     Olga Martinez on that date?
5            A    I'm not sure.
6            Q    Do you remember what year it was?
7            A    It was probably '92.
8            Q    So it would have been in the 2 months
9     that were left in 1992 at this time or 3 months, 2
10    and a half months left?
11           A    Right.
12           Q    As of October 15, 1992?
13           A    Yes.
14           Q    Was it before or after Christmas?
15           A    Probably before Christmas.
16           Q    Now, Miss Martinez is your downstairs
17    neighbor, is that right?
18           A    No, she lives upstairs.
19           Q    And you lived on the first floor?
20           A    Yes.
21           Q    Now, Miss Martinez often used your
22    kitchen because her stove didn't work, isn't that
23    true?
24           A    Not too much.
```

1          Q   Well how often during the course of a

2     week would she use it?

3          A   You could say maybe once or twice a

4     month.

5          Q   Let's go back to this date.  After noon

6     now, I'm only talking about the things you did

7     after noon, how many stores did you visit after

8     noon?

9          A   In the afternoon.

10         Q   Yes?

11         A   We had visited Walgreens twice and

12    Ventures once.

13         Q   That's in the afternoon?

14         A   Yes.

15         Q   What did you forget at Walgreens that

16    caused you to have to go back twice?

17         MR. SOROSKY:  Objection, presumes she forgot

18    something.

19         THE COURT:  Sustained.

20         MR. FORD:

21         Q   How many times did you visit Walgreens

22    after noon on October 9, 1992?

23         A   Twice.

24         Q   How many times was your mother with you

1    when you visited Walgreens after noon on October

2    9, 1992?

3          A   Once.

4          Q   What time was that visit?

5          A   When my mother was with me?

6          Q   Yes?

7          A   At 3:30.

8          Q   How long did you remain at Walgreens at

9    that time?

10         A   We stood there maybe half an hour or so.

11         Q   Who was at Walgreens other than you and

12   your mother?

13         A   Me, my mother, Jeri Lindsey, my brother

14   Robert his fiance' Dorothy and the kids, the 3

15   kids.

16         Q   A large number of people at Walgreens?

17         A   Pardon me?

18         Q   A large number of people at Walgreens?

19         A   Yes.

20         Q   Then where did you go after you left

21   Walgreens?

22         A   We went back to Ventures.

23         Q   Now this is all on October 9, 1992?

24         A   Yes.

1           Q   You're sure today?

2           A   Yes.

3           Q   Okay.   After this incident happened,

4      after October 9, 1992, on October 15, 1992, you

5      went to 5555 West Grand, didn't you?

6           A   Yes.

7           Q   And you had a conversation with an

8      Assistant State's Attorney named Julie Nelson,

9      didn't you?

10          A   Yes.

11          Q   That was out here at Area 5 Violent

12     Crimes?

13          A   Yes.

14          Q   You recall that conversation, don't you?

15          A   Yes.

16          Q   Do you recall telling Assistant State's

17     Attorney Nelson on that date, less than a week

18     after October 9, 1992 that you couldn't remember

19     whether you had been with Jeri Lindsey on October

20     9, 1992?

21          A   No, I did not say that.

22          Q   Do you recall telling Assistant State's

23     Attorney Julie Nelson -- do you recall not

24     mentioning to Assistant State's Attorney Julie

1    Nelson any of the visits to Walgreens, Shakeys or

2    any other places you testified to today, you

3    didn't mention any of that to her?

4         MR. SOROSKY:  Objection.

5         A  Yes, I did.

6         MR. SOROSKY:  Objection.

7         THE COURT:  Overruled.  Excuse me.

8    Overruled.  Excuse me, why the objection.

9         MR. SOROSKY:  He said not mention that, I

10   don't know if the State is establishing she was

11   ever asked about the store.

12        THE COURT:  Sustained.

13        MR. FORD:

14        Q  Miss Quiroz, did you ever -- they asked

15   you about where Jeri Lindsey had been on October

16   9, 1992 when you were at Area 5 Violent Crimes,

17   didn't they, Julie Nelson did?

18        A  Yes.

19        Q  And it's your testimony today that you

20   told her all these places, is that correct?

21        A  Yes, I did.

22        Q  And that was at a meeting that you were

23   with with Assistant State's Attorney Nelson and

24   was there anyone else present?

1          A   2 detectives.

2          Q   And that would be Detective Bogecki and

3     Schalk, is that correct?

4          A   Yes.

5          Q   Do you recall telling Miss Nelson --

6          THE COURT:   Was that a yes or no?

7          A   Yes.

8          MR. FORD:

9          Q   Do you recall telling Miss Nelson in the

10    details you used today the events of October 9,

11    1992?

12         A   Yes, I did.

13         Q   And you gave her the hours that you were

14    at each of these places?

15         A   Yes.

16         Q   Did you also tell Miss Nelson on October

17    9, -- October 15, 1992 that on October 9, 1992,

18    your mother, your 3 nieces and nephews, Robert,

19    his fiance' had all been at these places together

20    in the afternoon hours?

21         A   Yes.

22         Q   Did you ever say to Miss Nelson that you

23    didn't know whether you had been shopping on

24    Thursday or Friday?

1          A   Well I told her I was shopping on Friday.

2          MR. FORD: Just one moment, Judge.

3          Q   Now, Miss Quiroz, I would like to direct

4    your attention to the date of October 11, 1992, do

5    you remember that day, it would have been a

6    Sunday?

7          A   Yes.

8          Q   Now, Miss Lindsey, your lover had been

9    missing then for several days, is that correct?

10         A   Yes.

11         Q   And as a result of the fact that she had

12   been missing, you took her infant or young toddler

13   daughter and yourself to the police station to

14   make a missing person's report, didn't you?

15         A   No, I didn't.

16         Q   Did you call the police to make a missing

17   person's report?

18         A   Her stepmother did.

19         Q   Were you with her stepmother when she

20   made a missing person's report?

21         A   No, I was not.

22         Q   Did you ever make a missing person's

23   report?

24         A   Her stepmother made it and by the time I

T 127

1    got there the police was about to leave.

2         Q   So where -- so where -- okay, Miss

3    Quiroz, where is it that you say this happened?

4         MR. SOROSKY:   Objection to what happened.

5         THE COURT:   Sustained.

6         MR. FORD:

7         Q   Where is it that you say you arrived late

8    and everything was already done?

9         A   By her stepmother and her father's house.

10        Q   Whereby at?

11        A   I'm not sure of the address, near 95th

12   and State Street.

13        Q   Was it in a bus, in a car, was it near or

14   was it far, what location was it, Miss Quiroz, do

15   you remember was it in a building or was it in the

16   street?

17        A   In the apartment.

18        Q   In whose apartment?

19        A   Her father's apartment.

20        Q   And what was her father's apartment

21   number?

22        A   I'm not sure, I do not know the address.

23        Q   What was her father's address?

24        A   I don't know the address.

1        Q   You're saying today you had never talked

2    to the police on October 11, 1992, is that

3    correct?

4        A   Did I talk to the police, no, I didn't.

5        Q   Do you recall ever telling -- I want to

6    bring you back to the time you spent on October

7    15, 1992 with Detectives Bogecki and Schalk, did

8    you ever recall telling them on that date when

9    they confronted you with the missing person's

10   report that you must have given the police

11   officers a wrong time that Jeri Lindsey was

12   missing on October 9, 1992?

13       A   I might have said that her stepmother did

14   it because I did not file the report.

15       Q   Do you recall ever saying that you, Miss

16   Quiroz, I'm talking about you, gave the police the

17   wrong time at which you began -- you first lost

18   Miss Lindsey?

19       A   No.

20       Q   You never told detectives Bogecki or

21   Schalk?

22       A   No, because I did not file the report.

23       Q   You didn't see 2 police officers in

24   uniform on that date, correct?

```
1              A   On what date.

2              Q   On the date at her step father's house?

3              A   Yes, I seen them.

4              Q   And they were both white police officers,

5      is that correct?

6              A   Yes.  I think so.

7              Q   And they were both male, weren't they?

8              A   I'm not sure, I can not remember.

9              Q   Well you do recall giving a description

10     of Jeri Lindsey to the police when they were at

11     your step -- at her step father's house, didn't

12     you?

13             A   Maybe I seen them for 2 minutes and when

14     I walked in --

15             Q   I'm asking you a simple question Miss

16     Quiroz, did you or did you not give the police a

17     description of Jeri Lindsey at the time you were

18     at her stepfather's house on October 11, 1992?

19             A   Yes.

20             Q   You gave a description?

21             A   Yes.

22             Q   Do you recall telling the police officers

23     while you were at Jeri Lindsey's stepfather's

24     house that Jeri Lindsey was 5 feet 5 inches tall?
```

1         A   I think so.

2         Q   Do you recall telling the police officers

3    while you were at Jeri Lindsey's stepfather's

4    house on October 11, 1992 that she weighed 1

5    hundred 50 pounds?

6         A   No.

7         Q   You never made -- you never told them

8    that?

9         A   No, I didn't.

10        MR. FORD:   Just one moment, Judge.

11        How much time during the months of

12   September and October of 1992 was Jeri Lindsey

13   spending at her stepfather's house?

14        A   I don't know.

15        Q   Had you ever go to that address before

16   that date?

17        A   I went maybe once or twice, that's about

18   it.

19        Q   And at the time this report was made, who

20   was present other than yourself and her stepfather

21   and the 2 police officers?

22        A   Her stepmother.

23        Q   What is her stepmother's name?

24        A   Gloria -- I don't know.

1          Q   Is that person here today?

2          A   No, she's not.

3          Q   Do you know that person's address today?

4          A   No, I don't know.

5          Q   Have you seen either one of those 2

6     people since the day you say this allegedly

7     happened?

8          A   I seen them one time or twice, we had

9     came to Court and that was it, that was at the

10    beginning of when this happened, 2 years ago.

11         Q   Do you recall ever telling the police

12    officers at that period of time that you were --

13    the brief period of time you were at Jeri

14    Lindsey's stepfather's house on October 11, 1992

15    that Miss Lindsey frequented the area of 87

16    hundred south Houston and 98 hundred South Ewing?

17         A   No, I didn't.

18         Q   Do you know Angela Rios, don't you?

19         A   Yes.

20         Q   Who is Angela Rios?

21         A   My sister.

22         Q   Her address was 8931 South Houston on the

23    second floor at that time?

24         A   Yes, she lives upstairs.

1          Q   Was she there too?

2          A   Yes.

3          Q   So she was there else?

4          A   I was going to say but you had stopped

5     me.   You did not let me finish.

6          Q   If there is any other time you feel you

7     want to add something you just chime right in,

8     okay?

9          A   Okay.

10         Q   Now, at the time that you were with

11    Angela Rios, the 2 police officers, her stepmother

12    and stepfather and at the address -- at the

13    address on October 11, 1992, do you recall ever

14    telling the police at that time that Miss Lindsey

15    might be with a man named Morris?

16         A   I'm not sure.  Who is Morris?

17         Q   I'm asking you whether you recall saying

18    that to the police officers?

19         A   No.

20         Q   What is Miss Lindsey's daughter's name?

21         A   Tamisha Lindsey.

22         Q   Do you recall ever telling the police

23    officers that Lindsey's daughter's name is

24    Tamisha?

```
 1              A   I'm not sure.

 2              Q   Tamisha wasn't there was she?

 3              A   No, she wasn't.

 4              Q   So on October 11, 1992 Tamisha Lindsey

 5      never had a conversation with 2 police officers at

 6      her step grandfather and grandmother's house at

 7      the time you made the report?

 8              A   No, she had stood home.

 9              Q   When you say she stayed home, where was

10      she living at that time?

11              A   8931 south Houston.

12              Q   Was that with you?

13              A   Yes, with me.

14              MR. FORD:  Just one moment Judge.

15              THE COURT:  Yes.

16              MR. FORD:

17              Q   Now, your lover, Jeri Lindsey was missing

18      when you got home on October 9, 1992, is that

19      right -- excuse me, October 10, 1992?

20              A   Yes.

21              Q   Did you call Jack or Jerry St. Clair?

22              A   No, I didn't.

23              Q   Did you ever know that Miss Lindsey was

24      with Jack or Jerry St. Clair on October 10, 1992?
```

```
1              A   No, I didn't.
2              Q   Do you today know Miss Lindsey was --
3         says she was with Jack St. Clair on-?
4              MR. SOROSKY:  Objection.
5              THE COURT:  Sustained.
6              MR. FORD:
7              Q   Did you know where Jerry and Jack St.
8         Clair lived in October of 1992?
9              A   Somewhere on 84th and Bishop.
10             Q   Did you call any other people other than
11        the police in your effort to locate Miss Lindsey
12        as of the morning of October 10, 1992?
13             A   Yes.
14             MR. SOROSKY:  Objection.
15             THE COURT:  Sustained.
16             MR. FORD:  May I ask for a basis?
17             THE COURT:  She said she -- you're stating a
18        fact not in evidence.
19             MR. FORD:  Other people.
20             THE COURT:  She testified she did not call.
21             MR. FORD:  Thank you.
22             MR. FORD:
23             Q   But you didn't make any report to the
24        police until October 11, 1992, is that correct?
```

1        A   Right.

2        Q   And that was in the late evening hours on

3   October 11, 1992?

4        A   Yes.

5        Q   Do you recall what time you arrived at

6   her stepmother and stepfather's house on that

7   date?

8        A   Maybe around 6 o'clock PM, maybe later,

9   I'm not sure.

10       Q   Did you go there alone or did you go with

11  anyone?

12       A   With my sister.

13       Q   Is your sister here today?

14       A   No, she's not.

15       Q   Was your sister's address?

16       A   8931 South Houston.

17       MR. FORD: If I could have a moment, Judge.

18       THE COURT:   Yes.

19       MR. FORD:   Just one moment, Judge.

20       THE COURT:   Yes.

21       MR. FORD:

22       Q   Less than 2 hours after this missing

23  person's report went out for Jeri Lindsey, you

24  found her, is that right?

1          A   Yes, maybe 2 or 3 hours later.

2          Q   And that was at South Chicago Hospital,

3     is that right?

4          A   Yes.

5          Q   You went there, didn't you?

6          A   Yes.

7          MR. FORD:   Just one moment, Judge.

8          Q   Had you worked on October 11th -- excuse

9     me, October 8, 1992?

10         A   Yes.

11         Q   And what time did you say that you

12    completed work?

13         A   I work from 11:30 PM to 8 o'clock AM.

14         Q   And when you came home the early morning

15    hours of October 8, 1992, you and Jeri went down

16    to River Oaks for the first time?

17         A   No.   It was on the 9th.

18         Q   Well you worked on the 8th to the 9th, is

19    that correct?

20         A   Yes.

21         Q   From 11:30 on the 8th to 8 o'clock in the

22    morning on the 9th, is that right?

23         A   Yes.

24         Q   Then you went to River Oaks with Jeri

1    Lindsey.

2           A  (No audible response.)

3           Q   You have to answer out loud.

4           A   October 9th, yes, in the morning.

5           Q   Right.  And then you came home from River

6    Oaks with Jeri Lindsey?

7           A   Yes.

8           Q   And then you went back to River Oaks with

9    your whole family and Jeri Lindsey?

10          A   Yes.

11          Q   And then you went to work that night?

12          A   Yes.

13          Q   And then you worked from 11:30 on the

14   night of the 9th to 8 o'clock in the morning of

15   the 10th?

16          A   Yes.

17          Q   Had you worked on October 7, 1992?

18          A   Yes.

19          Q   What hours did you work that day?

20          MR. SOROSKY:   Objection.

21          THE COURT:   Sustained.

22          MR. FORD:

23          Q   After the hour of noon on October 9,

24   1992, what was the first store that you went to?

1          A   In the afternoon?

2          Q   Yes?

3          A   We were at Walgreens.

4          Q   And when you were at Walgreens you said

5     you made some purchases, is that correct.

6          A   Yes.

7          Q   You came into contact with a clerk at

8     Walgreens, is that right?

9          A   Yes.

10         Q   Did you come -- your whole family was

11    with you at Walgreens, is that correct also?

12         A   Yes.

13         Q   Did you come into contact with any other

14    people at Walgreens?

15         A   No.

16         Q   Other than the clerk?

17         A   Yes.

18         Q   Were there people in the store shopping?

19         A   Yes, there was.

20         Q   Where did you go after you left

21    Walgreens?

22         A   We went back to Ventures.

23         Q   For the second time that day again?

24         A   Yes.

1      Q   And when you returned to Ventures for the

2   second time that day, it was the whole group

3   again?

4      A   Yes.

5      Q   At the time you were at Ventures, did

6   your lose sight of Jeri Lindsey?

7      A   No, I didn't.

8      Q   What did you buy at Venture the second

9   time now?

10      A   I'm not sure but you know little items

11   here and there.

12      Q   What did you buy at Venture the first

13   time?

14      A   Too much stuff, we spent one hundred

15   fifty dollars in the morning so we bought a lot of

16   stuff for the house like towels, towel racks, you

17   know, things we needed for the house.

18      Q   Now you don't own that building, do you?

19      A   No, I don't.

20      Q   Miss Quiroz, I'm going to give you

21   Defendant's Exhibit number 3 for identification.

22   You say that's a receipt from Walgreens, is that

23   correct?

24      A   Yes.

1          Q  Go ahead and take a moment and look at

2     it, will you.  Have you had an opportunity to look

3     at it?

4          A  Yes.

5          Q  No where on the front of Defense Exhibit

6     number 3 for identification does the word

7     Walgreens appear, does it?

8          A  No.

9          Q  What was the address of the Walgreens you

10    say you went to?

11         A  It was in River Oaks.

12         Q  I'm going to show you now what has been

13    marked Defense Exhibit number 4 for identification

14    and ask you if you recognize that?

15         A  Yes, I do.

16         Q  That's the second receipt you say you got

17    on October 9, 1992, is that correct?

18         A  Yes.

19         Q  And --

20         MR. SOROSKY:  I don't know that she's

21    necessarily saying what the time order is.

22         THE COURT:  Well she testified to that.

23         MR. SOROSKY:  The State's Attorney said the

24    second receipt implying.

1          THE COURT:  The witness answered yes.

2          MR. SOROSKY:  Well I don't know that she

3     didn't look at times, I don't know that she

4     understands that.

5          THE COURT:  Overruled.

6          MR. SOROSKY:  The implication of that.

7          THE COURT:  Overruled.

8          MR. FORD:

9          Q   Now, doesn't say anywhere on the second

10    one I showed you Defense Exhibit 4 for

11    identification it's from Walgreens either, does

12    it?

13         A   No, it doesn't.

14         Q   What time did you go to Venture?

15         A   The first time or second time?

16         Q   The first time?

17         A   We got there around 9 o'clock.

18         Q   It would be 9:00 in the morning?

19         A   Yes.

20         Q   Straight from work?

21         A   9 AM.

22         Q   And what time did you go there the second

23    time?

24         A   Around 3:30, 4:00 o'clock.

1          Q   What happened to your receipt from the
2     first trip?
3          A   I must have threw it out with all the
4     other garbage I had threw out.
5          Q   What day did the police take Jeri Lindsey
6     out of the home that you and she shared?
7          A   The date I'm not sure but it was
8     Wednesday.
9          Q   And on that Wednesday, when the police
10    came, she left, is that correct?
11         A   Yes.
12         Q   Did you call anyone after she left?
13         A   No, I didn't.
14         Q   Do you know what time she left?
15         A   It was around 11:00 in the morning, 11
16    AM.
17         Q   Did you call anyone prior to the time
18    that you went to 5555 West Grand on October 11,
19    1992?
20         A   No, I didn't because I wasn't sure where
21    she went.
22         Q   When the detectives came -- the
23    detectives called you prior to the time they came
24    over to pick you up to take you to 5555 West

1    Grant, didn't they?

2         A   Did they call me? ??

3         Q   They called you, didn't they?

4         A   No.  My phone was out.

5         Q   Your phone wasn't working?

6         A   When it rains, my phone goes out.

7         Q   Is that a condition that exists today

8    still?

9         A   No, I don't have a phone.

10        Q   You no longer have a telephone?

11        A   No, I don't.

12        Q   Do you still still live at the same

13   address where you say you lived back then?

14        A   Yes, I do.

15        Q   Do you have the telephone that didn't

16   work back then?

17        A   Do I have the phone?

18        Q   Yes?

19        A   No.

20        Q   You've thrown that away?

21        A   Yes.

22        Q   Did you ever call anyone on the date Miss

23   Lindsey went to the police -- went with the police

24   to 5555 West Grand?

1          A    No.

2          Q    The phone wasn't working at all?

3          A    Uh-uh, when they had picked her up

4    Wednesday, no.

5          Q    It wasn't working on Thursday either, was

6    it?

7          A    Because it was raining, because I

8    remember a police officer came to the door

9    knocking and he was saying that they were trying

10    to get in touch with me.

11          Q    I'm just asking you a simple question

12    Miss Quiroz and I'll try to ask you if I could

13    when I ask you a yes or no question, answer it

14    like that.

15          THE COURT:  Counsel, I point out you're the

16    one that said any time she wants to volunteer

17    anything or add anything she should do so.

18          MR. FORD:  I stand corrected.

19          MR. SOROSKY:  Not the first time.

20          THE COURT:  Excuse me.

21          Please do not show such anger at the

22    witness who is following your instruction.

23          MR. FORD:  I apologize.

24          MR. SOROSKY:  Not the first time the State's

```
 1    Attorney's Office has been inconsistent.

 2         MR. FORD:

 3         Q   Miss Quiroz, on Thursday, on the Thursday

 4    --

 5         THE COURT:   Mr. Sorosky, I assure you, you

 6    have ample opportunity to present final argument.

 7         MR. SOROSKY:   I'm just commenting on that.

 8         THE COURT:   I understand that, but again I

 9    point out you will have that opportunity to argue

10    your case.

11         MR. FORD:

12         Q   On that Thursday, after she was picked up

13    you didn't use the phone, it was still broken?

14         A   To call who?

15         Q   I'm asking you whether or not you used

16    the phone?

17         A   It might have been working by then.

18         Q   Do you know whether or not you talked to

19    anybody?

20         A   Maybe, yes, I could have.

21         Q   Do you know an individual named Frank

22    Daley?

23         A   Frank Bailey, no, I don't.

24         Q   Did you talk to your brother after the
```

1    police picked up Jeri Lindsey from your home on

2    October -- on that Wednesday in October?

3        A   I talked to my brother Wednesday?

4        Q   Yes?

5        A   No, I don't think so, I didn't call my

6    brother Wednesday when they picked her up.

7        Q   Did you call your brother Thursday?

8        A   I might have, yes.

9        Q   And when you called your brother

10   Thursday, did you and he talk about this alleged

11   shopping trip on either Thursday or Friday of the

12   8th or 9th of October?

13       A   Yes, I remember.

14       Q   Do you recall your brother telling you

15   that you had actually gone shopping on the 8th?

16       A   Yes.   And then he said he called right

17   back --

18       Q   There is no question pending.

19       MR. SOROSKY:  Objection, your Honor.

20       MR. FORD:  Objection as not responsive.

21       MR. SOROSKY:  I ask Mr. Ford to be a man of

22   his word, all I'm asking.

23       THE COURT:  I point out Mr. Ford, you're now

24   rescindind those instructions to the witness to

1    volunteer whenever she feels, whenever she wishes

2    to?

3          MR. FORD:  I'm guilty of rescission, Judge.

4          THE COURT:  By golly, you are indeed.

5          MR. FORD:  Just one moment, Judge.

6            Just one moment, Judge.

7          THE COURT:  Yes.

8          MR. FORD:

9        Q  Miss Quiroz, your mother wasn't living in

10   the same building that you were living in on

11   October 9, 1992, was she?

12        A  No, she's not.

13        Q  After they took Miss Lindsey away on

14   October -- on that Wednesday, after the October 9,

15   1992 date, did you call your mother?

16        A  No, I don't think so.

17        Q  When was the first time that you and your

18   mother talked about the fact that you say that you

19   all had been together on that Friday?

20        A  I had called -- I had went by her house

21   that Friday to let her know that they had arrested

22   Jeri Lindsey but we did not talk about what we did

23   Friday.

24        Q  You didn't talk about the shopping trip

1    on that date?

2          A   No.

3          Q   How about later on, did you ever talk

4    about the shopping trip with your mother?

5          A   Later on, yeah.

6          Q   How many times have you and your mother

7    talked about the shopping trip since it occurred?

8          A   I'm not sure, maybe around 5 or 6 times.

9          MR. FORD:   No further questions, Judge.

10         THE COURT:   Redirect.

11                  REDIRECT EXAMINATION

12                        BY

13              MR. SOROSKY:

14         Q   First, Miss Quiroz, let me ask you some

15   questions about this missing person's report.   You

16   filed the report or did the defendant's family

17   file the report, if you know, and under what

18   circumstances was this report filed?

19         MR. FORD:   Objection.

20         THE COURT:   Well I'll sustain the objection

21   because it's compound questions.

22         MR. SOROSKY:

23         Q   You happened to go to the defendant's

24   parents' home, did you not?

T 149

1       A   Yes, I did.

2       Q   What caused you to go to that home on

3   Sunday evening around 6:00 PM?

4       MR. FORD:  Objection.

5       MR. SOROSKY:  Sunday, October 11th.

6       THE COURT:  Overruled.

7       MR. SOROSKY:  1992?

8       A   I had Jeri Lindsey's father and mother,

9   stepmother had called me to ask if she had came

10  home yet and I had told them no, so then --

11      MR. FORD:  Objection to hearsay.

12      THE COURT:  Overruled.

13      MR. SOROSKY:  Go ahead?

14      A   So she had asked me if I had filed a

15  report yet and I had told her no.

16      Q   By she you mean Jeri Lindsey's

17  stepmother?

18      A   Step mom.

19      Q   What was said next?

20      A   So she had said while she was going to

21  call, her and Jeri Lindsey's father were going to

22  call and file one.  I go okay.  So then maybe 15

23  minutes later, she had called me back and told me

24  why don't I go to the house so, you know, when

T 150

1    they file the report, I'll be there.

2                     So I had got there late and by the

3    time I got there, they had already filed the

4    report and the officer might have asked me one or

5    two questions.  Then I had to leave because I had

6    to go outside and move my car because I was

7    blocking --

8            MR. FORD:  Objection to the narrative.

9            THE COURT:  Overruled.

10       A   I was blocking the police officer, so the

11   police officer had told me to go out there and

12   move my car so I had to go out there and move my

13   car.

14       Q   When you arrived at the home of Jeri

15   Lindsey's parents, or father and stepmother, were

16   the police already at their house?

17       A   Yes, they were already there.

18       Q   And these were police officers in

19   uniform?

20       A   Yes.

21       Q   And to the best of your knowledge, was

22   that the only time you had spoken with those

23   particular police officers?

24       A   Yes.

1           Q   Now obviously -- strike obviously.   These
2      police officers asked you questions, right?
3           A   Yes.
4           Q   And you answered those questions?
5           A   Yes.
6           Q   You don't remember what questions they
7      asked you and what --
8           MR. FORD:   Objection to leading, Judge.
9           THE COURT:   Sustained.
10          MR. SOROSKY:
11          Q   Do you remember what questions they asked
12     you and what answers you gave?
13          A   No, I don't.
14          MR. FORD:   Objection.
15          THE COURT:   Overruled.
16          MR. SOROSKY:
17          Q   Did you know Jeri Lindsey's weight on
18     that date?
19          A   Yes, I did.
20          MR. FORD:   Objection.
21          THE COURT:   Overruled.
22          MR. SOROSKY:
23          Q   Did you say Jeri Lindsey weighed 150
24     pounds?

1          A    I might have if they asked me, yes.

2          Q    Do you know how much she weighed?

3          A    She weighed around 210, she was very

4     heavy.

5          Q    Why would you have said 150?

6          A    I did not say 150.

7          MR. FORD:  Objection, Judge.

8          MR. SOROSKY:

9          Q    Did you ever tell the police she weighed

10    150 pounds?

11         MR. FORD:  Withdraw the objection.

12         MR. SOROSKY:

13         Q    Did you ever tell the police she weighed

14    150 pounds?

15         A    No, I didn't.

16         Q    Did you go to Jeri Lindsey's house with

17    your sister, Angela -- strike that.  Did you go to

18    Jeri Lindsey's parents' house on Sunday, October

19    11, 1992 at approximately 6 o'clock with your

20    sister, Angela Rios?

21         A    Yes, I did.

22         Q    And you went to this house for the

23    purpose of aiding and assisting in filling out

24    this missing person's report, correct?

1        A   Yes.

2        Q   And did your sister, Angela Rios just go

3   with you for moral support?

4        MR. FORD:  Objection.

5        THE COURT:  Sustained.

6        MR. SOROSKY:

7        Q   Why did Angela Rios go with you?

8        MR. FORD:  Objection.

9        THE COURT:  Sustained.

10       MR. SOROSKY:

11       Q   Is there any particular reason she went

12   with you?

13       MR. FORD:  Objection.

14       THE COURT:  Sustained.

15       MR. SOROSKY:

16       Q   Now, calling your attention to your visit

17   to the police station at Grand and Central, on

18   approximately October 15, 1992, do you remember

19   the State's Attorney asking you some questions

20   about that visit, did he not?

21       A   Yes.

22       Q   The police picked you up from your home

23   and drove you to that police station, did they

24   not?

1        A   Yes.

2        Q   The State's Attorney mentioned that at

3   that time, you had certain conversations with an

4   Assistant State's Attorney by the name of Julie

5   Nelson, is that correct?

6        A   Yes.

7        Q   And you saw this woman at the police

8   station, did you not?

9        A   Yes.

10       Q   Did you tell -- was the topic of

11   conversation that you had with the police and Miss

12   Nelson your activities on October 9, 1992?

13           MR. FORD:   Objection.

14           THE COURT:   Sustained.

15           MR. SOROSKY:

16       Q   What was the topic, what were you talking

17   about?

18           MR. FORD:   Objection.

19           THE COURT:   Sustained.

20           MR. SOROSKY:

21       Q   What did the police say to you and what

22   did you say to them?

23           MR. FORD:   Objection.

24           THE COURT:   Overruled.

```
 1          MR. SOROSKY:

 2          Q   And by the police, I mean Miss Nelson

 3    too, tell the Judge, did you speak to the police

 4    before you spoke to Miss Nelson?

 5          MR. FORD:  Objection, Judge.

 6          THE COURT:  Sustained.  Question pending,

 7    let her answer the question.

 8          MR. SOROSKY:  Okay.

 9          MR. FORD:  I ask the Court Reporter read the

10    original question since there was no objection

11    offered to it and ask to see if the witness can

12    answer.

13          MR. SOROSKY:  Conceivably she spoke to the

14    police first is the only reason I ask.

15          THE COURT:  Counsel.

16          MR. SOROSKY:  Very often --

17          THE COURT:  Please answer the question.

18    What did you say to the police and Miss Nelson and

19    what did they say to you?

20          A   They asked me what did I do October 9th

21    and I had told them what I was -- what I had did

22    you know, I went shopping all day, this and that.

23          MR. SOROSKY:

24          Q   And did you relate to the police facts
```

1    similar to the testimony you gave on your direct

2    examination today?

3         A   Yes.

4         MR. FORD:  Objection to that question, I ask

5    the answer be stricken.

6         THE COURT:  Sustained.

7         MR. SOROSKY:

8         Q   Okay.  Tell his Honor Judge Singer what

9    you told the police?

10        A   I had told them that when I got out of

11   work, I had went to go cash my check, I went and

12   picked up Jeri Lindsey by my house, we went, paid

13   the rent.

14              From the landlady's house we went

15   straight to River Oaks, we had went to Ventures,

16   we had spent an hour there because we had spent

17   one hundred fifty dollars.

18              From there, we went to Shakeys to go

19   eat.  After we ate, we went across the street to

20   Walgreens, we did a little shopping there.  From

21   there, we had went home and unpacked a little bit

22   of the stuff we had bought.

23              From there, we had went to my

24   brother, Robert's house to let him know we went to

1    Walgreens and they had Haloween stuff at Walgreens

2    because he was having a Haloween party and they

3    had a lot of Haloween stuff he could buy for the

4    party so he said he wanted to go,.

5                    So we had went back home because he

6    was going to come and pick us up so we could all

7    go together but we had to wait until the kids got

8    out of school and that as at 2:30.  At 2:30 he

9    came by my house and Jeri Lindsey's house to pick

10   us up.

11                   From there we had went straight to

12   Walgreens at River Oaks and we did a little

13   shopping again.  After Walgreens we went back to

14   Ventures to see what they had and we did some more

15   shopping and after Venture, that was around little

16   bit after 4:30, me, Jeri Lindsey and my mother got

17   in my car, Robert and his fiance' Dorothy, they

18   had went their separate ways and we went home.

19        Q    Now, did you mention to the police and

20   Miss Lindsey all the people that went with you to

21   the River Oaks shopping center in the afternoon?

22        A    Yes, I did.

23        Q    And what names did you mention?

24        A    The same names, my name, Jeri Lindsey, my

1    mother's name, Robert's name, Dorothy's name and

2    the kids.

3         Q   Now, 2 or 3 days later, did you have

4    occasion to come to this building and be

5    interviewed by police and or Assistant State's

6    Attorneys?

7         A   Yes, I was.

8         Q   And who else came with you?

9         MR. FORD:   Objection.

10        THE COURT:   Overruled.

11        A   It was me, my mother, my brother Robert.

12        MR. FORD:   My objection is this is beyond

13   the scope.

14        THE COURT:   It was within the scope, I'm

15   sorry, it is within the scope, overruled.

16        MR. SOROSKY:

17        Q   Who came with you?

18        A   Me, my mother, my brother Robert, and

19   Dorothy.

20        Q   So those were -- so, your mother, your

21   brother and Dorothy Ramirez came to the State's

22   Attorney's Office at 26th and California with you,

23   is that correct?

24        A   Yes.

1          Q   And the police asked them to come, didn't

2     they?

3          A   No, they --

4          MR. FORD:  Objection.

5          THE COURT:  Sustained.

6          MR. SOROSKY:

7          Q   And those were the very people that you

8     said were with you at the police station on

9     October 15, 1992, isn't that correct?

10         A   Yes.

11         Q   Now, did the police on October 15, 1992

12    at Grand and Central, did the police have any

13    comment to you concerning the date in question?

14         MR. FORD:  Objection.

15         THE COURT:  Sustained.

16         MR. SOROSKY:

17         Q   What did the police say to you about

18    October 8th and October 9th of 1992?

19         A    They were asking me --

20         MR. FORD:  Objection.

21         THE COURT:  Sustained.

22         MR. SOROSKY:

23         Q   What did the police say to you?

24         MR. FORD:  Objection.

1       MR. SOROSKY:

2       Q  After you told them where you were?

3       MR. FORD:  Objection.

4       THE COURT:  Sustain the objection.

5       MR. SOROSKY:

6       Q  You told the police what you did, right?

7       A  Yes.

8       MR. FORD:  Objection.

9       MR. SOROSKY:

10      Q  What did they say to you?

11      A  They asked me if I was sure.

12      THE COURT:  Sustain the objection.

13      MR. SOROSKY:

14      Q  Did the police make any suggestions --

15      THE COURT:  Counsel, you know, if I sustain

16  the objection, and I sustain the objection

17  repeatedly, why do you continue asking the same

18  questions?

19      MR. SOROSKY:  Your Honor I think --

20      THE COURT:  Excuse me, if I sustain the

21  objection.

22      MR. SOROSKY:  I think the defendant --

23  strike that.  I think this witness has comments to

24  say or has testimony to give as to what the police

1     -- concerning what the police told her.

2          THE COURT:  Perhaps.

3          .  MR. SOROSKY:  Which would be meaningful to

4     this case.

5          THE COURT:  Perhaps.

6          MR. SOROSKY:  The only way I can --

7          THE COURT:  I'm telling you that I sustained

8     the objection.  Therefore, you don't ask the

9     question.

10         MR. SOROSKY:  Very well.

11         Q   Now, how long were you in the police

12    station?

13         A   For 12 hours.

14         Q   And did the police question you

15    extensively?

16         MR. FORD:  Objection.

17         THE COURT:  Sustained.

18         MR. SOROSKY:

19         Q   How long did the police question you?

20         MR. FORD:  Objection, asked and answered.

21         THE COURT:  Overruled.

22         A   How long? When I first got there, I did

23    not see them until like maybe 2 hours later.

24         MR. SOROSKY:

T 162

1          Q   And you --?

2          A   They had put me in this one room and they

3      left and maybe 2 hours later, they came and asked

4      me what did I do October 9th and I had told them.

5      They left, came back maybe 2 or 3 hours later and

6      came back and asked me the same question, what did

7      I do October 9th.  I had told them again.

8                    They left, maybe a couple hours

9      later they came back with Judy Nelson, and she

10     asked me the same questions, what did I do October

11     9th.  And I had told her what I did and in a way

12     she was saying I'm lying and I told her I was not

13     lying, so, they had told me well what about if we

14     write on a sheet of paper.

15          MR. FORD:  Objection, Judge.

16          THE COURT:  Sustain the objection.

17          MR. SOROSKY:  Your Honor, I think this goes

18     to the credibility of the witness' statement

19     because it shows her efforts on the part of the

20     police to impune the substance of what this

21     witness had said then.

22          THE COURT:  Sustain the objection.

23          MR. SOROSKY:

24          Q   Did Miss Nelson tell you why she thought

1    you were lying?

2         MR. FORD:  Objection.

3         THE COURT:  Sustain the objection.

4         MR. SOROSKY:

5         Q  What happened after you related your

6    version of events to Miss Nelson and she said she

7    thought you were lying, what happened next?

8         MR. FORD:  The objection was sustained, your

9    Honor.

10        THE COURT:  Sustained.

11        MR. SOROSKY:

12        Q  Miss Nelson said she was lying and that

13   was not objected to.

14        THE COURT:  The question was objected to, I

15   sustained the objection, therefore what follows is

16   not in evidence.

17        MR. SOROSKY:  I thought you had objected to

18   the question I asked afterwards.

19        THE COURT:  Well--

20        MR. SOROSKY:

21        Q  What happened after you told your version

22   of events?

23        THE COURT:  Counsel, counsel, one of the

24   problems, you're ignoring my rulings.

1        MR. SOROSKY:  No, I'm listening.

2        THE COURT:  You may be listening to them but

3    then you're ignoring them.

4        MR. SOROSKY:  I'm listening and digesting

5    every one.

6        THE COURT:  But you're not following them.

7        MR. SOROSKY:  I'm following them.

8        What happened after --

9        THE COURT:  That's not my perception.

10        MR. SOROSKY:

11        Q   What happened after you told your version

12    of events on October 15, 1992 to the police and

13    Miss Nelson which according to you is the third

14    time you said those, what happened after you said

15    that?

16        MR. FORD:  Objection.

17        MR. SOROSKY:  What happened next?

18        MR. FORD:  Objection.

19        THE COURT:  To what?

20        MR. FORD:  To all what happened and all

21    those things because about half -- at least one of

22    them --

23        THE COURT:  Well I sustained the objection

24    to the little speech and I'll remind Mr. Sorosky

T 165

1    that he will have his opportunity to argue the

2    case to present what he thinks is the evidence in

3    the case.  I know that he doesn't believe that I'm

4    listening attentively and remembering and

5    recording it accurately but despite his lack of

6    confidence I must say Mr. Sorosky you don't have

7    to make the comments like what is the third time,

8    which is now the third time you said that.

9         MR. SOROSKY:

10        Q  Were there any other interviews with the

11   police after the one with Miss Nelson, any others?

12        A  Yes.  They had told me --.

13        MR. FORD:  Objection.

14        THE COURT:  Sustained.

15        MR. SOROSKY:

16        Q  Did you have a conversation with the

17   police?

18        MR. FORD:  Objection.

19        THE COURT:  Overruled.

20        MR. SOROSKY:

21        Q  What did you say to the police, what did

22   they say to you?

23        THE COURT:  I'm going to sustain the

24   objection now because you have to be more

1   specific, I really don't know what officers you're

2   talking about.

3        MR. SOROSKY:

4        Q  What officers were present when this next

5   conversation occurred or who was present?

6        A  The 2 detectives and the State's

7   Attorney, Judy Nelson.

8        Q  And by the 2 detectives you mean the 2

9   that Mr. Ford has referred to already?

10       A  Yes, I don't know their names and I can't

11   remember.

12       Q  Bogecki and Schalk?

13       A  Yes.

14       Q  What did you say to them, what did they

15   say to you?

16       MR. FORD:  Objection.

17       THE COURT:  Why?

18       MR. FORD:  Still, still there is no

19   foundation, where did this conversation occur.

20       THE COURT:  Sustained.

21       MR. SOROSKY:

22       Q  Where did this conversation occur?

23       A  In this one room.

24       Q  At the police station?

1          A   It was a lock up room, yes.

2          Q   And this was during your 12 hour visit to

3     the police station?

4          A   Yes, it was.  They had asked me --

5          Q   How far into the 12 hours would you say

6     it was?

7          A   This is like 4 AM in the morning.

8          Q   What time did you get there?

9          A   I got there at 5 PM and they had asked me

10    if they write it down on a little --

11         MR. FORD:   Objection.

12         THE COURT:   Overruled.

13         A   They had told me if they write down a

14    little thing on the piece of paper saying that I

15    wasn't sure when we went shopping, if it was

16    Thursday or if it was Friday, for me to sign my

17    name and I told them no I wouldn't because we went

18    shopping Friday, I know when we went shopping.

19              So then that's when they had got

20    upset and walked out of the room and that's when 5

21    minutes later Jeri Lindsey came in the room and I

22    spoke to her for a minute and they told me to

23    leave, that one detective was going to take me

24    home.  So I had told Jeri Lindsey I told her don't

1    worry, you know, I'm going to try to get you --

2        MR. FORD:  Objection.

3        THE COURT:  Sustained.

4        MR. FORD:  Ask it be stricken.

5        MR. SOROSKY:

6        Q  Now, the State's Attorney asked you

7    certain questions concerning conversations you had

8    with your brother after Jeri Lindsey was taken

9    into custody by the police, do you remember that,

10   do you remember the State's Attorney asking you

11   those questions?

12       A  Yes.

13       Q  Now, Jeri Lindsey was taken into custody

14   by the police on a Wednesday about 11 AM, is that

15   correct?

16       A  Yes.

17       Q  Do you remember when you may have spoken

18   to your brother if at all.  First do you remember,

19   if you don't, I'm asking you?

20       A  Yes.

21       Q  When did you speak to him, if you know,

22   immediately -- when was the first time -- strike

23   that.  When was the first time you spoke with your

24   brother?

1          A   It was --

2          Q   After she was arrested or taken into

3     custody if you know?

4          A   It was Thursday.   Right, it was Thursday,

5     the day after.

6          MR. SOROSKY:   Nothing further from this

7     witness.

8          THE COURT:   Recross.

9          MR. FORD:   Nothing, Judge.

10         THE COURT:   Thank, you're excused.

11                      (Witness excused.)

12         THE COURT:   All right counsels, we're going

13    to recess now until the 30th of January.   January

14    30, 1995.   9:30 AM:   Now, Mr. Sorosky, you think

15    you can get here on time.

16         MR. SOROSKY:   Oh, yes.

17         THE COURT:   I say that because you surely

18    weren't here on time today.

19         MR. SOROSKY:   I checked, in fact I was told

20    this morning you were loaded.

21         MR. FORD:   Not by me.

22         MR. SOROSKY:   By some Court personnel.

23         THE COURT:   Back on the record.   Counsel, I

24    had very little to do today until this case.   And

T 170

1   this case is my first priority.  If you had been

2   here I would would have started earlier.  My

3   intent was to start it earlier.  Of course as long

4   as you're not here I'm going to do other cases if

5   I have something to do, not going to sit around

6   twiddling my thumbs waiting for you to arrive

7   because my experience has been only you and

8   perhaps the Lord knows when you'll arrive, so I

9   tell you 9:30 AM on January 30, 1995.  I hope you

10   will come at 9:30 AM.  That's my intent.

11             It is true, I'll take a few cases

12   before we go into this case, but unless I see you

13   at 9:30 AM, I'm fairly confident I will not see

14   you until later in the day, not much earlier in

15   the day.  My intent is to conclude this case on

16   January 30 so, I'll start as quickly after 9:30 AM

17   as I conclude my call.  I assure you once again, I

18   assure you this case has first priority.  I will

19   begin with this case.  What I want, I want you

20   here at 9:30:  Am I crystal clear, sir?

21        MR. SOROSKY:  Yes, sir, I will be here,

22   we'll end it on the 30th.

23        THE COURT:  Okay.

24        MR. SOROSKY:  We'll end it on the 30th,

1    Judge.  We're almost there.

2        THE COURT:  By golly.  Court is adjourned:

3    Counsels, can I have somebody take custody of the

4    exhibits?

5        MR. FORD:  Yes, Judge.

6        MR. SOROSKY:  Can the defendant talk to her

7    aunt for a minute here.

8        THE COURT:  I'll tell you I don't want to do

9    it now because I kept everybody overtime, quarter

10   to 6:00 and I can't in good conscience keep them

11   longer than I have already kept them.

12

13

14

15            ( Whereupon, the further hearing

16            of the above-entitled cause

17            was continued to 1-30-95, at

18            9:30 o'clock a.m.)

19

20

21

22

23

24

T 172

1    STATE OF ILLINOIS )
                        )   SS.
2    COUNTY OF C O O K )

3       THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT    -    CRIMINAL DIVISION

4              I, Kenneth Madoch, Official

5    Shorthand Reporter of the Circuit Court of Cook

6    County Department-Criminal Division do hereby

7    certify that I reported in shorthand the

8    proceedings had at the hearing in the

9    above-entitled cause; and that I thereafter

10   caused to be transcribed into typewriting the

11   foregoing transcript, which I certify is a

12   true and correct transcript of said

13   proceedings.

14

15

16   _____
     Official Shorthand Reporter
17   Circuit Court of Cook County.

18

19

20

21

22

23

24   Dated this 12th day of June, 1995.

(Rev. 2/18/93)  CCCR-56

**STATE OF ILLINOIS** } ss
**COUNTY OF COOK**

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, in said County and State, and Keeper of the Records and Seal thereof, do hereby certify the above and foregoing to be a true, perfect and complete copy of . . VOLUME SIX OF A NINE VOLUME . . . . . . . RECORD CONSISTING OF THE REPORT OF PROCEEDINGS. NO PRAECIPE HAVING BEEN FILED IN . . . . THE APPELLATE COURT UNDER APPELLATE COURT NO. 95 1535 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

in a certain cause . . . . . . . LATELY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . pending in said Court, between

The People of the State of Illinois. . . . . WERE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ., Plaintiffs and

. . . . . . . . . . . . . . . . . . . . . . . . . . JERI LINDSEY      (01) . . . . . . . . . . . . . . . . WAS . . . . ., Defendant. . . .

Witness:  AURELIA PUCINSKI,

Clerk of the court, and the Seal thereof, at Chicago

In said County, . SEPTEMBER . . . . . . 20 . . . . , 19 . 95.

*Aurelia Pucinski*

Clerk

**AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

05-1458

FILED APPELLATE COURT
1st DISTRICT
'96 OCT 15 P4:45

APPELLATE COURT 1st DIST.
FEB 08 2006
STEVEN M. RAVID
CLERK

Crim. Div. No. 94-B

CCCR-310

## Transcript of Record

### Appeal

to

APPELLATE Court of Illinois

FIRST District

| | | |
|---|---|---|
| **Circuit Court No.** | 92 CR 25135 | |
| **Trial Judge** | SHELVIN SINGER | |
| **Reviewing Court No.** | 95 1535 | |

FILED
APPELLATE COURT 1st DIST.

NOV 07 2002

STEVEN M. RAVID
CLERK

THE PEOPLE OF THE STATE OF ILLINOIS

### VS.

JERI LINDSEY    (01)

from

)IS

C(    DIVISION

**VOLUME SEVEN OF NINE**

**REPORT OF PROCEEDINGS**

APPELLATE COURT 1st DIST.

FEB 2006

STEVEN M. RAVID

**AURELIA PUCINSKI**

**Clerk of Court**

Per AP./SIR

**Deputy**

```
 1    STATE OF ILLINOIS )
                        )  ss
 2    COUNTY OF C O O K )

 3            IN THE CIRCUIT COURT OF COOK COUNTY
               COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
      THE PEOPLE OF THE )
 5    STATE OF ILLINOIS )
                        )  Case No. 92 CR 25135
 6         vs.          )
                        )  Charge: MURDER
 7    JERI R. LINDSEY   )

 8              REPORT   OF   PROCEEDINGS

 9            BE IT REMEMBERED that on the 30th day of

10    January, 1995, this cause came on for hearing

11    before the Honorable SHELVIN SINGER, Judge of said

12    Court, upon the information herein, the defendant

13    having entered a plea of not guilty.

14         APPEARANCES:
                   HON. JACK O'MALLEY,
15                 State's Attorney of Cook County, by
                   MR. NICK FORD,
16                 Assistant State's Attorney,
                   Appeared on behalf of the People;
17
                   MR. SHELDON SOROSKY,
18                 Appeared on behalf of the Defendant.

19

20

21

22
      Kenneth Madoch
23    Official Court Reporter
      Circuit Court of Cook County
24    County Department-Criminal Division.
```

V 1

1          THE CLERK: Jeri Lindsey, custody.

2          THE COURT:  All right.  The record should

3    reflect the defendant is present in her own person

4    through counsel.  State is present through its

5    counsel.  We were in the defense portion of the

6    case, please call your next witness Mr. Sorosky.

7          MR. SOROSKY:  Yes.

8                              (Witness sworn.)

9          THE COURT:  Please be seated.

10                    ROBERT QUIROZ,

11    called as a witness on behalf of the Defense,

12    having been first duly sworn, was examined and

13    testified as follows:

14                 DIRECT EXAMINATION

15                         BY

16                 MR. SOROSKY:

17          Q   Sir, would you please state your name in

18    full and spell your last name?

19          A   Robert Quiroz, Q-u-i-r-o-z.

20          THE COURT:  How do you spell your last name?

21          A   Q-u-i-r-o-z.

22          MR. SOROSKY:

23          Q   How old are you?

24          A   29.

                         V  3

1      Q   And are you related to Irene Quiroz?

2      A   Yes, I am.

3      Q   What is that relationship?

4      A   That's my sister.

5      Q   And as a result of being related to

6   Irene, have you come to know the defendant, Jeri

7   Lindsey?

8      A   Yes, I have.

9      Q   And for how long have you known Jeri

10  Lindsey, approximately?

11     A   I'd say about 7, 8 years.

12     Q   And do you know herby any nickname?

13     A   Yes, Robin.

14     THE COURT:  I'm sorry, what is that?

15     A   Robin.

16     MR. SOROSKY:

17     Q   Do you see her here in Court today?

18     A   Yes, I do.

19     Q   Could you point her out?

20     A   Right there.

21     MR. SOROSKY:  We would ask the record to

22  indicate the witness is pointing to the defendant,

23  Jeri Lindsey also known as Robin.

24     THE COURT:  The record may so reflect.


V 4

1        MR. SOROSKY:

2        Q   Now, calling your attention to the month

3    of October, of 1992, did you come to learn that

4    Jeri Lindsey was also known to you as Robin was

5    arrested?

6        A   No, I didn't.

7        Q   Did you come to learn that she was

8    arrested?

9        A   Yes, I did.

10       Q   How did you learn that?

11       A   My sister told me.

12       Q   Now, shortly after you learned that she

13   was arrested, approximately let's say within a

14   week, did you have occasion to come to this

15   building?

16       A   Yes, I have.

17       Q   And who came with you?

18       A   Me and my sister Irene, my fiance' and my

19   mother.

20       Q   Let's slow down, who came with you?

21       A   Irene, my fiance' and my mother.

22       Q   So you came, your sister Irene came and

23   your fiance' came and your mother, is that

24   correct?

V 5

1        A   Yes.

2        Q   Why don't you state your fiance's name

3    and your mother's name?

4        A   Dorothy Ramirez.

5        Q   Who is that?

6        A   My fiance'.

7        Q   And was your mother's name?

8        A   Emily.

9        Q   And what is her last name?

10       A   Quiroz, same last name.

11       Q   And when I said earlier that you folks

12   came to this building, by this I mean the Criminal

13   Courts Building at 2650 South California Avenue

14   Chicago, Illinois, is that correct?

15       A   Yes.

16       Q   And this is approximately 1 week or so

17   after Robin, the defendant, was arrested, correct?

18       A   Yes.

19       Q   And did all you folks come to a courtroom

20   or go to the State's Attorney's Office?

21       A   The State's Attorney's Office.

22       Q   And there, were you, without getting into

23   what was said or anything, were all of you folks

24   questioned and interviewed as to your activities

V 6

1    concerning October 9, 1992?

2        A   Yes.

3        MR. FORD:  Objection, Judge.

4        THE COURT:  Why?

5        MR. FORD:  Well one is it is leading and 2

6    it is a large part of the question that is in fact

7    hearsay.

8        THE COURT:  Sustained.  It's not hearsay,

9    the fact that the discussion is not hearsay but

10   sustaining the objection, it's leading and also, I

11   really don't understand the relevancy.

12       MR. SOROSKY:

13       Q   Were you questioned by the police when

14   you came to this building?

15       A   Well, the State's Attorney.

16       Q   The State's Attorney?

17       A   Yes.

18       Q   And what was the topic of the questions?

19       MR. FORD:  Objection.

20       THE COURT:  Sustained.

21       MR. SOROSKY:  Your Honor, I think it's

22   relevant because we want to show that this person

23   and this witness gave a statement concerning these

24   events within a week of this incident, that's all.

V  7

1        THE COURT:  First I don't see the relevancy

2   and in any event the question itself calls for a

3   conclusion.  His conclusion of what the subject

4   matter was.  But it really, it really is

5   irrelevant.

6        MR. SOROSKY:  Very well.

7        THE COURT:  Sustain the objection.

8        MR. SOROSKY:

9        Q  Well okay.  Now, calling your attention

10   to the events of October 9, 1992, on a Friday, did

11   you have occasion to see the defendant on that

12   date?

13        A  Yes, I have.

14        Q  And can you tell his Honor, Judge Singer,

15   about what time you saw her and where you saw her

16   and under what circumstances?

17        A  It was about 2 o'clock.

18        Q  Slowly and loudly?

19        A  It was 2 o'clock by my house, she came

20   over about going to the store.

21        Q  And where is --

22        THE COURT:  Wait a minute, you have to talk

23   loud.  Read the answer back, please.

24                          (Record read.)

V 8

```
1              THE COURT:  Is this 2 AM or PM?
2         A   PM.
3         MR. SOROSKY:
4         Q   What is your address?
5         A   8911 South Houston.
6         Q   That's Chicago, Illinois?
7         A   Yes, it is.
8         Q   And did the defendant come to your house
9    alone or with anyone else?
10        A   She came with my sister Irene.
11        Q   Was anyone else at your house at this
12   time?
13        A   My fiance' and my mother.
14        Q   And those would be the same names you've
15   mentioned earlier, correct?
16        A   Yes.
17        Q   Did you would you tell his Honor Judge
18   Singer what you folks did then after you all were
19   together in your house about 2 o'clock in the
20   afternoon?
21        A   Well I was going to have a haloween party
22   and they came over to show us some of the stuff
23   they brought for the party and they wanted us to
24   go with them to buy some haloween party stuff.
```

1          Q   And who showed you this haloween stuff if
2     I would use that phrase?
3          A   Irene and Robin.
4          Q   Did they show you this at your house?
5          A   Yes yes, they did.
6          Q   And where did you folks go after that?
7          A   We went to River Oaks to Walgreens out
8     there in River Oaks.
9          Q   And did you go in one car or 2 cars?
10         A   2 cars.
11         Q   And who drove one car?
12         A   I drove my car and Irene drove her car.
13         Q   And who went in your car?
14         A   Me, my fiance' and my kids.
15         Q   And who went in the other car?
16         A   Irene, Robin, and my mother.
17         Q   By Robin you mean the defendant, Jeri
18    Lindsey?
19         A   Yes.
20         Q   And were your children at home when Irene
21    and Robin came to your house?
22         A   No, they weren't, they were in school.
23         Q   How did you get your children?
24         A   I waited for them to come out, they come

V 10

1    out at 2:30, I went to pick them up and came back

2    to my house and got Irene and Robin and we went to

3    the store.

4        Q   You picked up your children before you

5    went to the River Oaks shopping center?

6        A   Yes, sir.

7        Q   Now, when you went to the River Oaks

8    shopping center, did you folks stay together in

9    one group or did you split up and go to different

10   stories?

11       A   We stood in one group.

12       Q   And approximately what time did you folks

13   leave the River Oaks shopping center?

14       A   Well I left at 5:00 o'clock.  They were

15   -- they left in their car, they going to go and

16   eat.

17       Q   Did both cars leave at the same time?

18       A   Yes.

19       Q   Tell his Honor Judge Singer who was in

20   your car and who was in the other car?

21       A   In my car there was me, my fiance' and my

22   kids and the other car was Irene, Robin and my

23   mother.

24       Q   And after your 2 cars left, did you see

V 11

1       the defendant again that day?

2              A   No, I didn't.

3              Q   So the last time you saw the defendant

4       that day would have been around 5 PM at the River

5       Oaks shopping center, is that correct?

6              A   Yes, it is.

7              Q   Where did you go after that?

8              A   Well I was working this part time job so

9       I had to go pick up a check over there from this

10      guy at River Oaks, I had to be there at 5:00

11      o'clock, that's why I left them at 5:00.

12             Q   And did you pick up that check?

13             A   Yes, I did.

14             Q   And after you picked up that check, where

15      did you go?

16             A   I went back to work.

17             Q   And where were you working that night?

18             A   Delivery some food for Hiney's.

19             Q   For who?

20             A   Hiney's Chicken.

21             Q   And did you -- were you a delivery man on

22      Fridays?

23             A   Yes, I was.

24             MR. SOROSKY:   Nothing further from this

1    witness.

2            THE COURT:   Cross.

3                    CROSS EXAMINATION

4                         BY

5                    MR. FORD:.

6         Q    Where were you when Irene told you that

7    Robin had been arrested?

8         A    I was at home.

9         Q    What day was that?

10        A    It was Monday or Tuesday, couple of days

11   after.

12        Q    And did she call you on the telephone to

13   tell you that she got arrested?

14        A    No, she came over.

15        Q    At that time, did she say anything to you

16   about the fact that Jeri Lindsey, Robin Lindsey

17   had been sexually assaulted?

18        A    No, she didn't really say much, just told

19   me she was arrested, you know, she just left.

20        Q    Now, you said you came here to 26th

21   Street, is that right?

22        A    Yes I did.

23        Q    What date was that?

24        A    I think it was that Monday or Tuesday,

1    when we came over here.

2         Q   That was the same Monday or Tuesday that

3    she told you?

4         A   No, a couple of days after that.

5         Q   Couple of days later?

6         A   Yes, really can't remember what day it

7    was.

8         Q   Now, Irene Quiroz worked that night,

9    didn't she?

10        A   Yes, she did.

11        Q   And she was working at Policon?

12        A   Yes, she did.

13        Q   How do you know she was?

14        A   Because I seen her come out of work.

15        Q   You saw her come out of work the next

16   morning the Saturday, she came over?

17        A   She came over, she was there.

18        Q   I'm talking about you spent the day with

19   her, isn't that right?

20        A   Yes.

21        Q   And beginning at 2:30 until 5:00 o'clock

22   you were with her?

23        A   Yes.

24        Q   Now, that night she went to work at 11

V 14

1    o'clock as she always did, is that right?

2         A   I really don't know if she went to work

3    that night.

4         Q   Did you have any further contact with

5    her?

6         A   No, not until a couple if days.

7         Q   Did you have any contact with her on

8    Sunday morning?

9         A   No, not that I can remember.

10        Q   You didn't see her at all Sunday?

11        A   I seen her Monday and I -- I seen her

12   Monday or Tuesday, I seen her.

13        Q   Did you have any contact with her at all

14   on Sunday?

15        A   No.

16        Q   Did you ever recall anyone mentioning the

17   fact that Robin was missing as of that Monday?

18        A   No.

19        Q   Excuse me that Saturday?

20        A   No one told me.

21        Q   No one told you Robin was missing on

22   Saturday?

23        A   No, no one told me.

24        Q   No one told you that Robin was missing on

1    Sunday?

2         A    No, I didn't find out nothing until the

3    Monday or Tuesday.

4         Q    Now on Monday or Tuesday you found out

5    Robin was missing?

6         A    Yes.

7         Q    And Irene told you Robin was missing?

8         A    No.   Irene just came over told me that

9    Robin got arrested.

10        Q    She told you Robin got arrested not Robin

11   was missing?

12        A    No, she didn't.

13        Q    Did you ever find out that Robin, Jeri

14   Lindsey, had been missing?

15        A    Pardon me?

16        Q    Did you ever find out that Robin or Jeri

17   Lindsey, the same person, were missing?

18        A    No, I didn't find out nothing about that

19   until it was Monday, she didn't tell me the whole

20   story.

21        Q    What did you do on that Saturday after

22   this happened?

23        A    Stood home watched TV.

24        Q    I'm sorry?

V 16

```
 1              A   Stood home, watched TV with my kids.

 2              Q   Was your wife there also?

 3              A   Yes, she was, she lives there with me.

 4              Q   Now, how about your sister, Angela Rios,

 5       was she at home there else also with you?

 6              MR. SOROSKY:   Objection to that.

 7              A   No.

 8              MR. SOROSKY:   We never asked any questions

 9       about Angela Rios on Saturday.

10              THE COURT:   Sustained.

11              MR. FORD:

12              Q   Angela Rios is your sister, is that

13       correct?

14              A   Yes, she is.

15              Q   She's Irene's sister also?

16              A   Yes she is.

17              Q   Now, did you have any -- if I could have

18       a moment, Judge?

19              THE COURT:   Yes.

20              MR. FORD:

21              Q   What restaurant did they go to after you

22       2 separated?

23              A   She said she was going to go to Shakeys,

24       Shakeys or White Castle.
```

```
 1           Q   After you had been shopping?
 2           A   Yes.
 3           MR. FORD:  No further questions, Judge.
 4           THE COURT:  Redirect.
 5                     REDIRECT EXAMINATION
 6                          BY
 7                     MR. SOROSKY:
 8           Q   Just so it's clear, you heard about this
 9      arrest or the defendant's arrest, Robin's arrest
10      from your sister, is that correct?
11           A   Yes.
12           Q   And then sometime after that, you and the
13      family members you have already mentioned came
14      down to this building at 26th and California, is
15      that correct?
16           MR. FORD:  Objection, Judge.
17           A   Yes.
18           THE COURT:  Sustained.
19           MR. SOROSKY:  Well I think the State's
20      Attorney inquired as to that coming down here,
21      clearly did.
22           THE COURT:  Sustained.
23           MR. SOROSKY:  Nothing further of this
24      witness.
```

1          THE COURT:  Thank you, you're excused.

2                         (Witness excused.)

3          THE COURT:  Call your next witness.

4              Remain standing, face the clerk and

5     raise your right hand to be sworn.

6                         (Witness sworn.)

7          THE CLERK:  Please be seated.

8                      AMELIA QUIROZ,

9     called as a witness on behalf of the Defense,

10    having been first duly sworn, was examined and

11    testified as follows:

12                   DIRECT EXAMINATION

13                         BY

14                   MR. SOROSKY:

15         Q  Ma'am, would you please state your name

16    in full and spell your last name?

17         A  Amelia Quiroz, Q-u-i-r-o-z.

18         Q  And do you know the defendant, Jeri

19    Lindsey?

20         A  Yes, I do.

21         Q  Could you point her out?

22         A  The one over there.

23         MR. SOROSKY:  We would ask the record to

24    indicate the witness has identified the defendant.

1          THE COURT:  The record may so reflect.

2          MR. SOROSKY:

3          Q   Do you know her by any nickname?

4          A   All I know her by is Robin.

5          Q   For how long have you known the

6    defendant?

7          A   About 8 years.

8          Q   And how did you happen to come to know

9    her?

10         A   My daughter's friend.

11         Q   And which specific daughter?

12         A   Irene.

13         Q   That would be Irene Quiroz?

14         A   Quiroz, yes.

15         Q   And to the best of your knowledge, she's

16   your daughter who previously testified in this

17   case, correct?

18         A   Yes, uh-huh.

19         Q   Now, in October of 1992, did you come to

20   hear that the defendant, Jeri Lindsey was

21   arrested?

22         A   Yes.

23         Q   Would you tell his Honor, Judge Singer,

24   how you heard this?  How did you hear she was

V 20

1       originally arrested?

2               A   Do you mean when I was with her or --

3               Q   No, how did you hear she was arrested,

4       not when you were with her, how did you hear she

5       was arrested?

6               A   My -- I heard I think from my daughter or

7       some friends and then I saw her on TV.

8               Q   Now then, after you heard that the

9       defendant was arrested, about a week later or so

10      or few days later --?

11              A   Uh-hum.

12              Q   Did you have occasion to come to this

13      building?

14              A   Yes, I was told to come.

15              Q   And did you come to a courtroom or to the

16      State's Attorney's Office?

17              A   I think the State's Attorney.  The

18      State's Attorney.

19              Q   And who did you come to this building

20      with?

21              A   There was my daughter, Irene, my son

22      Robert, my daughter in law Dorothy and --

23              Q   Were you asked questions?

24              A   Yes, I was.

1           Q   And did you give answers?

2           A   Yes, I did.

3           Q   And could you tell his Honor, Judge

4    Singer, what you were questioned about, what was

5    the topic of the questioning?

6           MR. FORD:   Objection.

7           THE COURT:   Sustained.

8           MR. SOROSKY:   Very well.

9           Q   Now, calling your attention to Friday,

10   October 9, 1992, did you have occasion to see the

11   defendant, Jeri Lindsey, a woman who you know as

12   Robin on that day?

13          A   Yes, I did.

14          Q   Could you tell his Honor, Judge Singer,

15   where you first saw Robin and at approximately

16   what time?

17          A   She had gone out with my daughter, Irene

18   earlier during the day in River Oaks and my

19   grandchildren like it was on a Friday and my son,

20   Robert, was supposed to go to work that day and

21   they wanted to buy costumes, you know, for

22   haloween and my daughter and Miss Lindsey told us

23   that they had gone in the morning to River Oaks,

24   to Walgreens.

1          MR. FORD:  Objection.

2          A  And she --

3          THE COURT:  Overruled.

4          MR. SOROSKY:  Okay.

5          A  And they had gone by my son which lives

6     in the back house, and --

7          Q  Was your son's name?

8          A  Robert, the one that just was here.

9          Q  And when did you first see Robin that day

10    on October 9, 1992?

11         A  They had, they had come by my house, in

12    the front, the front house and they asked us if we

13    wanted to go shopping.

14         Q  And by they, who do you mean?

15         A  My daughter Irene and Miss Lindsey.

16         Q  About what time would you say they came

17    to your house?

18         A  I think about 1:00.  1:30, something like

19    that.

20         Q  And what happened after Irene and Robin

21    came to your house around 1:00 or 1:30 and asked

22    you to go shopping?

23         A  They asked me if I wanted to go with them

24    and I said yes.  And we left about, before 2:30

1    because my son, Robert, was going to to pick up my

2    grandchildren from school and they come out at

3    2:30, so, we went, we went too because there was 2

4    cars, my son Robert and my daughter Irene's car.

5    So, we went to pick up the kids from the school

6    and we went to River Oaks, we went to the

7    Walgreens and we went to Ventures in River Oaks.

8         Q    Now, who went in one car or who rode in

9    one car?

10         A    My son, Robert, my daughter in law and

11   the 3 children.

12         Q    And who rode in the other car?

13         A    In the other car, my daughter Irene, Miss

14   Lindsey and me.

15         Q    Now, was your address?

16         A    8911 South Houston.

17         Q    Is that in Chicago, Illinois?

18         A    Chicago, yes, uh-huh.

19         Q    And what is your son's Robert's address.

20         A    The same address but the rear house.

21         Q    Is it 2 separate buildings?

22         A    Yes, uh-huh.

23         Q    Yours is in frot and your son Robert's is

24   in the back?

V 24

1      A    In back, there is a yard in between.

2      Q    Now once both cars arrived at the River

3   Oaks shopping center, did everyone stay together?

4      A    Yes, we did, uh-hum.

5      Q    And what time did you folks leave the

6   River Oaks shopping center?

7      A    I think about, I think it was going on

8   5:00.

9      Q    Did you leave in 2 separate cars?

10     A    Yes, we did, uh-hum.

11     Q    If you could tell the Judge who left in

12  one car and who left in another car?

13     A    My son left in his car with his family,

14  and I left in my daughter's car with Miss Lindsey.

15     Q    And by your daughter you mean Irene?

16     A    Irene, yes.

17     Q    Could you tell the Judge where you, Robin

18  and your daughter Irene went after you left the

19  River Oaks shopping center?

20     A    My son had to go, I don't know where

21  because I didn't go with him but he had to go

22  someplace to pick up his check where he had been

23  working before.

24     Q    Where did you go?

1          A   I came home with Miss Lindsey and my

2     daughter in the car and they went to where he was

3     supposed to pick up his check.

4          Q   And after -- and your son went to pick up

5     his check?

6          A   Yes.

7          MR. FORD:  Objection, Judge I ask that be

8     stricken.

9          THE COURT:  Sustained.

10         MR. SOROSKY:

11         Q   Now, but you didn't go with your son to

12    pick up his check, did you?

13         A   No, I didn't, no.

14         Q   Now, did the defendant and your sister

15    drop you off at your house?

16         MR. FORD:  Objection to leading.

17         THE COURT:  Sustained.

18         MR. SOROSKY:

19         Q   How did you get home, what happened?

20         A   When we came from River Oaks to go home?

21         Q   Yes?

22         A   In my daughter's car, my daughter Irene's

23    car and Miss Lindsey.

24         Q   And once your car, once that car pulled

1       in front of your house, tell the Judge what

2       happened who got out, who remained in the car?

3            A    The three of us got out together.

4            Q    And then what happened?

5            A    And I was looking at the clock and like

6       my son works Monday, Wednesdays and Fridays,

7       delivering food and he was supposed to start at

8       5:00 o'clock, but like he went to the other place

9       to pick up his check, you know.  I'm saying to

10      myself, oh, my son is going to be late for work,

11      and we, we got out, I think they -- because my

12      daughter don't live with me, she lives about 4 or

13      5 houses away away, and I think they took me home,

14      you know and they went back to the house where my

15      daughters lives.

16           Q    So they just dropped you off and the

17      defendant and Irene went on their way?

18           A    Yes, at home, uh-hum.

19           Q    They dropped you off at home and then

20      they left you?

21           A    Yeah, to go home, uh-huh, uh-hum.

22           Q    How did you find out that -- was that the

23      last time you saw Jeri Lindsey before you heard

24      she was arrested?

V 27

1          A    I think it was, yes, uh-huh.

2          Q    And that would have been about 5:30 or 6

3    o'clock on Friday, October 9, 1992?

4          A    1992, uh-huh, about 5:15, 5:30, when we

5    got home because she took me home and that was

6    it.  I didn't see her any more.

7          MR. SOROSKY:  Nothing further from this

8    witness.

9          THE COURT:  Cross.

10                   CROSS EXAMINATION

11                          BY

12                   MR. FORD:

13         Q    Miss Quiroz, you said on the way from the

14    mall to your home to drop you off, they talked

15    about meeting Robert later?

16         A    No, -- no, uh-uh, we came home in my

17    daughter's car and he went to pick up his check

18    and from there he was going to come back home.

19         Q    Did Robin and Irene go to meet Robert

20    then?

21         A    No, uh-uh, no, we came home.

22         Q    I want to direct your attention, Miss

23    Quiroz to Sunday, did you see Irene on Sunday?

24         MR. SOROSKY:  Objection.

V 28

1              THE COURT:  Sustained.

2              MR. FORD:

3              Q   When was the first time that you found

4    out that Jeri Lindsey was missing?

5              MR. SOROSKY:  Objection.

6              THE COURT:  Sustained.

7              MR. FORD:

8              Q   Did you find out that Jeri Lindsey was

9    missing?

10             MR. SOROSKY:  Objection.

11             THE COURT:  Sustained.

12             MR. FORD:  I ask for a basis, Judge.

13             THE COURT:  Outside the scope of the direct.

14             MR. FORD:  Well Judge, this is cross

15   examination and this is an alibi case, this has to

16   do with when and whether they were aware she had

17   been missing.  I think it's relevant to that issue

18   Judge and relevant to the witness' credibility,

19   not far afield.

20             THE COURT:  Sure it is.

21             MR. FORD:  Within the incident itself.

22             THE COURT:  Mr. Sorosky very carefully

23   questioned the witness about events that occurred

24   on October 9 between the hours of 1:00 and 1:30 to

V 29

1    around 5 PM, 1:30 PM to about 5 PM. It's outside

2    the scope to go as to other information relative

3    to events that occurred after 5:00.

4        MR. FORD: He also questioned her about her

5    visit here and her interaction with people here at

6    26th and California, that's subsequent.

7        THE COURT: You're right but that certainly,

8    on that basis, if you would have objected to that,

9    those questions I would have sustained those

10   objections to relevance.

11              But still what does that have to do

12   with the events, whatever events they were that

13   occurred down here some several days after October

14   9.

15       MR. FORD:

16       Q    Miss Quiroz, did Irene go to work that

17   night?

18       A    I don't know, there were times she was

19   working 5 days and 6 days but I wouldn't know

20   because once I left, my daughter left me at home

21   that was it, I didn't see her any more.

22       Q    Did you watch their car drive down --

23   it's only 2 or 3 doors down isn't it?

24       A    Pardon?

V 30

1          Q   Her home is only 2 or 3 doors down from

2     your home, isn't it?

3          A   No, there is an empty lot and 3 houses

4     and a jewish church and then their house.

5          Q   Now, did you see them drive down to her

6     house, did you watch them?

7          A   They parked in front where she lives and

8     just walked me home.

9          Q   They walked you home?

10         A   Yes, uh-huh, because it's not far from

11    where they live, we're in the same block.

12         Q   Did you see anyone in the street as you

13    were walking?

14         A   Pardon?

15         Q   Did you see anyone in the street as you

16    were walking?

17         A   I don't understand.

18         Q   Did you see anyone in the street as you

19    were walking home?

20         A   No, I didn't watch anybody, I didn't see.

21         Q   Did you meet anyone that day -- by the

22    way, I'm sorry, strike that.  Did you stop for

23    dinner on the way home from the mall?

24         A   Did I what?

1          Q   Did you stop for dinner on the way home

2     from the mall?

3          A   I think we did, I'm not sure, I don't

4     remember if we did.

5          Q   Do you recall going to Shakeys after you

6     had been shopping?

7          A   No, we didn't go to Shakeys, no.    I

8     think we came home, straight home because my son

9     was already late for work.

10         Q   Your son wasn't with you, was he, Ma'am?

11         A   No.  He was in his own car, we were

12    together but I mean when we we were coming home.

13         Q   Would why would you have been --?

14         A   We were together at Walgreens where we

15    went and we went to Ventures and we were together

16    there.

17         Q   Was there ever a time when you weren't in

18    contact with Miss Lindsey when you didn't see her?

19         A   No, you mean after we got home?

20         Q   No.  I mean at the time you spent at the

21    store?

22         A   Yeah, we were together, my daughter, we

23    were all.

24         Q   Did you ever lose sight of her for a few

V 32

1    moments?

2         A    No, uh-uh.

3         Q    How long were you at Walgreens?

4         A    Not too long.

5         Q    5 or 10 minutes?   .

6         A    Maybe more, more.

7         Q    20 minutes?

8         A    About a half hour, maybe.

9         Q    And how long were you at Ventures?

10        A    We were little longer there.

11        Q    How much time did you spend at Ventures?

12        A    Well since we got there, going on 3:00,

13   and we left after 5:00, I think all together it

14   was 2 hours there.

15        Q    2 hours inside Ventures?

16        A    Yes, uh-huh, we got home it was 5:15 or

17   5:30.

18        Q    Where were you when your daughter and

19   Irene first came in contact with you on this day?

20        A    Where was I?

21        Q    Yes?

22        A    You mean in the stores?

23        Q    No I mean where were you when you first

24   saw your daughter and Jeri Lindsey on the date

V 33

1    this happened?

2         A    Before we went shopping, you mean?

3         Q    Where was the first place you saw your

4    daughter?

5         A    We were by my house and my son in the

6    back and then we went in the cars.

7         Q    You left straight from your home?

8         A    Yes, uh-huh.

9         Q    And you went straight from your home, the

10   property that your son Robert and you lived at to

11   the shopping mall?

12        A    Yes, we were together the 2 cars, the 2

13   cars, we went to River Oaks.

14        Q    When was the first time that you and

15   Irene talked about what you had done that day?

16        A    I don't understand, I'm sorry.

17        Q    Well you were here back in the first part

18   of January, weren't you, January 11?

19        A    Here in the courtroom.

20        Q    Yes?

21        A    I don't remember when we came but we did

22   come.

23        Q    Now, after that date, Irene told you what

24   she testified to, didn't she, she talked about


                        V 34

1       what she testified to here in Court?

2              A    No, because we were taken one by one just

3       like the way we are here.

4              Q    From the way here to the home on Houston,

5       you guys talked about her testimony, didn't you?

6              A    We were talking about it.

7              Q    She told you the questions that her

8       attorney had asked?

9              A    No, well --

10             Q    Jerri's attorney had asked?

11             A    Well we probably did, uh-hum.

12             Q    And she told you the answers that she

13      gave too, didn't she?

14             A    No, she didn't.

15             Q    She just talked about the questions?

16             A    We just talked how everything, everything

17      was and I guess we did talk about it.

18             Q    And you talked about October 9th again

19      too, didn't you all the things that you had

20      done?

21             A    Yes, we did, I did any way.

22             Q    And you talked about that with Irene and

23      Robert and your daughter in law Dorothy?

24             A    No, because we came in one car and they

V 35

1    came in another car.

2         Q   It was just you and Irene in your car?

3         A   Yes, uh-huh.

4         Q   How about Angela Rios, does she still

5    live with you?

6         MR. SOROSKY:  Objection.

7         THE COURT:  I don't have a question.

8         MR. FORD:  Does Angela Rios still live at

9    8931 South Houston?

10        A   Yes, she lives upstairs.

11        MR. SOROSKY:  Objection.  I don't know the

12   relevance of that.

13        THE COURT:  Overruled.

14        MR. FORD:

15        Q   Does Angela Rios still live at 8931 South

16   Houston?

17        A   Yes.

18        Q   Has she ever come down here to testify in

19   any way?

20        A   No, because she wasn't with us when we

21   were with Miss Lindsey.

22        MR. FORD:  No further questions, Judge.

23        THE COURT:  Redirect.

24

1                    REDIRECT EXAMINATION

2                         BY

3                    MR. SOROSKY:

4         Q   Did anyone tell you what to say today?

5         MR. FORD:  Objection.

6         THE COURT:  Overruled.

7         MR. SOROSKY:

8         Q   Did anyone tell you what to say today?

9         A   Here in the courtroom?

10        Q   Yes?

11        A   Yes, uh-huh.

12        Q   Who told you what to say?

13        A   Well not what to say but what the truth

14   was and everything.  You did.

15        Q   What did I tell you to say?

16        A   No, because I told you, I told him that I

17   was --  I'm sorry.

18        MR. SOROSKY:  Are you nervous?

19        A   No, not nervous.   I'm sorry, your Honor.

20        MR. SOROSKY:  Are you telling the truth?

21        A   Yes, I am.

22        Q   Are you testifying because someone told

23   you what to say?

24        A   No.

V 37

1      Q  And what you testified to today, did you

2   basically tell that to the State's Attorney's

3   Office?

4         MR. FORD:  Objection.

5         MR. SOROSKY:  In October of 1992.

6         MR. FORD:  Objection.

7         THE COURT:  Sustained.

8         MR. SOROSKY:  Nothing further.

9      A  I'm sorry, I'm crying, but when we heard

10  what happened, I knew she wasn't the one.

11        MR. FORD:  Objection, Judge.

12        THE COURT:  All right.  Sustained.

13        THE COURT:  You're excused, unless any

14  recross.

15        MR. FORD:  Nothing Judge.

16        THE COURT:  You're excused.  Thank you.

17     A  I'm not crying, your Honor, because --

18        THE COURT:  No, no, there is no question.

19     A  For Miss Lindsey, all right, thank you.

20        THE COURT:  No question.

21                         (Witness excused.)

22        THE COURT: Call your next witness.

23        THE CLERK:  Raise your right hand.

24                         (Witness sworn.)


                        V 38

1          THE CLERK:  Please be seated.

2                      OLGA MARTINEZ,

3     called as a witness on behalf of the Defense,

4     having been first duly sworn, was examined and

5     testified as follows:

6                    DIRECT EXAMINATION

7                          BY

8                    MR. SOROSKY:

9          Q   Would you please state your name in full

10    and spell your last name?

11         A   Olga Martinez, M-a-r-t-i-n-e-z.

12         Q   And where do you live?

13         A   9036 South Brandon, Chicago, Illinois.

14         Q   And do you know the defendant, Jeri

15    Lindsey?

16         A   Yes, I do.

17         Q   And for how long have you known her?

18         A   Over 5 years, I can't say exactly how

19    long but I know it's been over 5 years.

20         Q   How did you happen to come to know her?

21         A   Well, my girlfriend, Angie her sister and

22    Robin were roommates.

23         Q   Angie and who?

24         A   Angie, Irene's sister, I know Angie, I

V 39

1    grew up with them.

2        Q   So you and Angie were roommates?

3        A   No me and Angie I know her sister, Irene

4    and Robin were roommates, first they worked

5    together, I know they worked together.   That's

6    how you I met them, met her.

7        Q   Did you know Irene Quiroz?

8        A   Yes, I've known them, the whole family

9    since 1964.   I used to live next door.

10       Q   You basically come to know?

11       A   Robin.

12       Q   The defendant Robin through Irene Quiroz?

13       A   Yes.

14    MR. FORD:  Objection to leading.

15    THE COURT:  Sustained.

16    MR. SOROSKY:

17       Q   Tell the Judge how you happened to know

18    Robin?

19       A   Robin.  Because I'm friends of the

20    family, the Quiroz family all of them and she and

21    Irene worked together and they were roommates, I

22    knew, I met her through Irene Quiroz because they

23    worked together first of all.

24       Q   Now, you are not a member of the Quiroz


V 40

1    family?

2             A   No.   No.

3             Q   And calling your attention to October of

4    1992, where did you live at that time?

5             A   I lived at 3025 East 95th Street.

6             Q   And how far is that from where Irene and

7    Robin lived?

8             A   About 6 blocks.

9             Q   Now calling your attention to Friday,

10   October 9, 1992, did you have occasion to see

11   Irene and Robin?

12            A   Yes.

13            Q   Could you tell his Honor, Judge Singer,

14   about what time and where you happened to see

15   Irene and Robin?

16            A   Okay.   It was about 5:30, between 5:30

17   and 6 o'clock, at 8931 Houston.

18            Q   And who lived in that building?

19            A   Okay.   Irene lived on the first floor,

20   and Robin, and Irene's sister, Angie lived

21   upstairs and I was over there for dinner that day.

22            Q   And whose house were you at dinner at?

23            A   At Angie's house upstairs, second floor.

24            Q   Now, could you tell Judge Singer how you

V 41

1    happened to meet up with Irene and the defendant,

2    Jeri Lindsey whom you know as Robin?

3        A   Okay.  I went to eat dinner there and she

4    wanted, Angie wanted to make biscuits but her oven

5    doesn't work so we're waiting for Irene to come

6    home and Robin so we can use the oven to make

7    biscuits in so I was waiting outside and that's

8    when I saw Robin and Irene and Emily, the mother,

9    Quiroz come out of the car.  So I was up in front,

10   when, I was actually waiting for them to come back

11   from shopping, they had went shopping.

12              So I was waiting for them to come

13   back and was on the porch and they came in, it was

14   about 5:30, 6 o'clock, they came out of the car.

15       Q   And what did you do after you saw them,

16   tell Judge Singer what you did?

17       A   Then I just told Irene we were waiting

18   for them to come so we could use the oven so they

19   let us in so we could use the oven.

20       Q   Did you use the oven in Irene's

21   apartment?

22       A   Yes.

23       Q   And for how long a period of time did you

24   use the oven, if you know?

V 42

1          A   At least half hour, 45 minutes.

2          Q   And who was in the apartment at that

3    time?

4          A   It was Irene, Robin, Irene and Robin and

5    then I was down there but I was upstairs and

6    downstairs.

7          Q   So during the period of time that this,

8    the biscuits were cooking you went up and down

9    stairs?

10         A   Yes.

11         Q   Now then, eventually, you got the

12   biscuits and left Irene and Robin's apartment, did

13   you not?

14         A   Yes.

15         Q   Is that the last time you saw Robin on

16   October 9, 1992?

17         A   Yes.

18         Q   That would have been a little after 6

19   o'clock or around 6:30?

20         A   About 6:30.

21         Q   Now, sometime thereafter, did you hear

22   that Jeri Lindsey was arrested?

23         A   Yes, might have been a couple of days

24   later, maybe a week.

V 43

1          Q   And how did you hear about it?

2          A   Well Angie or one of the Quiroz's, I

3    can't remember which one.

4          Q   Someone told you?

5          A   Someone told me in the family about Robin

6    being arrested.

7          Q   And do you see Jeri Lindsey in Court

8    today?

9          A   Yes, I do.

10         Q   Would you please point her out?

11         A   She's sitting right there with the blue

12   and white on.

13         MR. SOROSKY:  We would ask the record to

14   indicate the witness has identified the defendant,

15   Jeri Lindsey.

16         THE COURT:  The record may so reflect.

17         MR. SOROSKY:

18         Q   And do you know her by any nickname?

19         A   Robin, we call her Robin.

20         MR. SOROSKY:  Nothing further from this

21   witness.

22         THE COURT:  Cross.

23         MR. FORD:  Thank you, Judge.

24                   CROSS EXAMINATION


                         V 44

1                          BY

2                     MR. FORD:

3          Q   Miss Martinez, when Irene and Jeri and

4     Amelia, Irene's mother came home they just got out

5     o the car and were standing right in front of you?

6          A   Yes.

7          Q   And Amelia came into the house with you

8     too?

9          A   No she went to her house, she lives down

10    the block.

11         Q   How often during the course of a week

12    would you visit Angie upstairs?

13         A   It would vary, sometimes, 3, 4 times,

14    sometimes maybe once a week, twice a week.

15         Q   You would see her on a weekly basis back

16    then?

17         A   Most of the time I would see her on a

18    weekly basis.

19         Q   Did you ever hear anything about Jeri

20    Lindsey being missing?

21         A   No.

22         Q   Who was the first person that came up to

23    you and asked you to recall this biscuit making

24    thing?

V 45

1          A    What do you mean, I don't understand the

2     question?

3          THE COURT:  I can't hear you?

4          A    I don't understand the question, what

5     does he mean, the first one.

6          MR. FORD:

7          Q    Who was the first person that came up to

8     you and asked you to think back to this time when

9     you were downstairs baking biscuits?

10         MR. SOROSKY:  Objection, presumes someone

11    did.

12         THE COURT:  Overruled.

13         A    It's, I really don't remember who.

14         MR. FORD:

15         Q    Was it Irene or Angie or --?

16         A    I really don't remember.

17         Q    You remember being approached by someone

18    and having them talk to you about the events of

19    this date, is that correct?

20         A    Yes, but I don't know who it was.

21         Q    And you remember the date, is that

22    correct?

23         A    I remember the date, that Friday.

24         Q    What day of the month what's it?

V 46

1        A    What day of the month.

2        Q    Yes?

3        A    A Friday.

4        Q    Well what day on -- what Friday within

5    that month?

6        A    The 9th of October.

7        Q    And at that time, after that, somebody

8    came up to you and said well don't you remember

9    seeing us that date?

10        A    Yes, but I don't remember when it was.

11        Q    Was it within the week or 2 weeks of the

12    incident?

13        A    Maybe within a week.

14        Q    Do you remember who that person was?

15        A    It -- maybe had to be Angie or Irene,

16    most likely I would say Angie because she says to

17    remember we were there waiting for them to come

18    home from shopping.

19        Q    Who is Frank Bailey?

20        A    Frank Bailey, I don't know Frank Bailey

21    is.

22        MR. FORD:   If I could have a moment your

23    Honor.

24            Were you at home when Irene Quiroz went

V 47

1    to work that night, weren't you?

2         A   I was at my house.

3         Q   You had returned to your home?

4         A   Yes.

5         Q   A different home?

6         A   Yes.

7         Q   So when you left Irene Quiroz was still

8    at the home at 8931?

9         A   Yes.

10        Q   Was Jeri Lindsey also there?

11        A   As far as I know, yes.   When I left she

12   was.

13        Q   Now, you were here testifying on a

14   previous date, is that correct?

15        A   I haven't testified, it's my first time

16   testifying.

17        MR. SOROSKY:  We'll stipulate she was here

18   on the last Court date?

19        A   Yes.

20        MR. FORD:

21        Q   Who did you come down with?

22        A   I came down with the same ones today.

23        Q   Who did you come down with today?

24        A   Today.  Robert Quiroz, and Irene Quiroz,

V 48

1    the mother Emily, Paul Quiroz and Dorothy.

2         Q   And all of you were all in the same car?

3         A   Yes.

4         Q   And on the way home the last day this

5    case was up Irene talked about the questions she

6    had been asked and the answers she gave, didn't

7    she?

8         A   Not that I recall.

9         Q   It was only roughly 2 weeks ago?

10        A   Yes.

11        Q   Do you remember?

12        A   I don't think she was -- I don't remember

13   her mentioning anything.

14        Q   Did Irene ever talk to you about any of

15   the testimony she gave here in Court?

16        A   No, not that I -- I can't recall

17   anything, I don't think so at all.  She wouldn't

18   talk about it.

19        Q   How many times since this happened have

20   you and Irene gotten together and talked about

21   this date?

22        A   We haven't got together since then.

23        Q   This is the first time that you mentioned

24   --?

V 49

1       A   Today.

2       Q   Any of the dates and the times?

3       A   Yes.

4       Q   Was Irene there helping you remember when

5   you first talked to Mr. Sorosky about what

6   happened that day?

7       A   No, because I know what happened that

8   day, I was there.

9       Q   And you remember?

10      A   I'm the one that told her.

11      Q   If I could finish.  You remember now 2

12  and a half years later that it was October 9, you

13  remember that day?

14      A   Yes.

15      MR. SOROSKY:  Objection, that's not exactly

16  accurate because she said she remembered --

17      THE COURT:  Overruled.  Overruled.

18      MR. SOROSKY:  -- from before.

19      MR. FORD:

20      Q   The first time that you have mentioned

21  that the date was October 9th was, to anyone, was

22  when you mentioned it right here in Court

23  today?

24      A   That I mentioned the date to anybody?

V 50