**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jerri Robbin Lindsey
        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06658
　　　　　　　　　　　　　　　　　　　Honorable Milton I. Shadur

Carolyn Trancoso
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

  MINUTE entry before Judge Milton I. Shadur :Civil case terminated. Enter Memorandum Order. Based on the Petition and Answer, no evidentiary hearing is warranted (see Section 2254 Rule (a)). That being so, "it clearly appears...that the petitioner is not entitled to relief in the district court" (cf. Section 2254 Rule 4), and this Court dismisses both the Petition and this action with prejudice.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.