# United States District Court

## Northern District of Illinois

### Eastern Division

| | |
|---|---|
| Jerri Robbin Lindsey | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6658 |
| Warden Carolyn Trancoso | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing the Petition and this action with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 3/4/2008      _____

/s/ Sandy Newland, Deputy Clerk