```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

UNITED STATES OF AMERICA ex rel.  )
JERRI ROBBIN LINDSEY #B49150,     )
                                  )
             Petitioner,          )
                                  )
     v.                           )     No. 07 C 6658
                                  )
WARDEN CAROLYN TRANCOSO,          )
                                  )
             Respondent.          )

## MEMORANDUM

This Court's March 4, 2008 memorandum order dismissed the self-prepared 28 U.S.C. §2254 Petition for Writ of Habeas Corpus ("Petition") that had been filed by Jerri Robbin Lindsey ("Lindsey"), with the dismissal having been compelled by the analysis set out in the unusually comprehensive Answer filed on behalf of respondent Warden Carolyn Trancoso. This Court has just learned, as the result of a follow-up inquiry, that on March 31 Lindsey had filed an eight-page handprinted "Response to Federal Hab. Denial 07/ 2/29/2008." But that statement simply reiterates her disagreement with the outcome of the state court rulings--it does <u>not</u> meet the standards set by 28 U.S.C. §2254(d) for the obtaining of federal habeas relief from a state court conviction. Hence the March 4 dismissal of the Petition and this action with prejudice remains intact.

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: April 8, 2008